| Fill in this information to identify your case: |
|---|

United States Bankruptcy Court for the:

WESTERN DISTRICT OF TEXAS, AUSTIN DIVISION

Case number (if known) _____

Chapter you are filing under:
☐ Chapter 7
☒ Chapter 11
☐ Chapter 12
☐ Chapter 13

☐ Check if this is an amended filing

Official Form 101
# Voluntary Petition for Individuals Filing for Bankruptcy    04/20

The bankruptcy forms use *you* and *Debtor 1* to refer to a debtor filing alone. A married couple may file a bankruptcy case together—called a *joint case*—and in joint cases, these forms use *you* to ask for information from both debtors. For example, if a form asks, "Do you own a car," the answer would be *yes* if either debtor owns a car. When information is needed about the spouses separately, the form uses *Debtor 1* and *Debtor 2* to distinguish between them. In joint cases, one of the spouses must report information as *Debtor 1* and the other as *Debtor 2*. The same person must be *Debtor 1* in all of the forms.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1: Identify Yourself

| | | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|---|
| 1. | **Your full name** <br><br> Write the name that is on your government-issued picture identification (for example, your driver's license or passport). <br><br> Bring your picture identification to your meeting with the trustee. | **Jason** <br> First name <br><br> **Duane** <br> Middle name <br><br> **Hunt** <br> Last name and Suffix (Sr., Jr., II, III) | **Kristin** <br> First name <br><br> **Nicole** <br> Middle name <br><br> **Hunt** <br> Last name and Suffix (Sr., Jr., II, III) |
| 2. | **All other names you have used in the last 8 years** <br><br> Include your married or maiden names. | | |
| 3. | **Only the last 4 digits of your Social Security number or federal Individual Taxpayer Identification number (ITIN)** | xxx-xx-5193 | xxx-xx-9227 |

Debtor 1 **Jason Duane Hunt**
Debtor 2 **Kristin Nicole Hunt**

Case number *(if known)* _____

|  | **About Debtor 1:** | **About Debtor 2 (Spouse Only in a Joint Case):** |
|---|---|---|
| **4. Any business names and Employer Identification Numbers (EIN) you have used in the last 8 years**<br><br>Include trade names and *doing business as* names | ■ I have not used any business name or EINs.<br><br>_____<br>Business name(s)<br><br>_____<br>EIN | ■ I have not used any business name or EINs.<br><br>_____<br>Business name(s)<br><br>_____<br>EIN |
| **5. Where you live** | **2009 Bowman Ave**<br>**Austin, TX 78703**<br>Number, Street, City, State & ZIP Code<br><br>**Travis**<br>County<br><br>**If your mailing address is different from the one above, fill it in here.** Note that the court will send any notices to you at this mailing address.<br><br>**2414 Exposition Blvd**<br>**Austin, TX 78703**<br>Number, P.O. Box, Street, City, State & ZIP Code | **If Debtor 2 lives at a different address:**<br><br>_____<br>Number, Street, City, State & ZIP Code<br><br>_____<br>County<br><br>**If Debtor 2's mailing address is different from yours, fill it in here.** Note that the court will send any notices to this mailing address.<br><br>_____<br>Number, P.O. Box, Street, City, State & ZIP Code |
| **6. Why you are choosing *this district* to file for bankruptcy** | *Check one:*<br><br>■ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.<br><br>☐ I have another reason.<br>Explain. (See 28 U.S.C. § 1408.) | *Check one:*<br><br>■ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.<br><br>☐ I have another reason.<br>Explain. (See 28 U.S.C. § 1408.) |

Debtor 1  **Jason Duane Hunt**
Debtor 2  **Kristin Nicole Hunt**

Case number *(if known)* _____

| Part 2: | **Tell the Court About Your Bankruptcy Case** |

**7. The chapter of the Bankruptcy Code you are choosing to file under**

*Check one.* (For a brief description of each, see *Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy (Form 2010))*. Also, go to the top of page 1 and check the appropriate box.

☐ Chapter 7
■ Chapter 11
☐ Chapter 12
☐ Chapter 13

**8. How you will pay the fee**

■ **I will pay the entire fee when I file my petition.** Please check with the clerk's office in your local court for more details about how you may pay. Typically, if you are paying the fee yourself, you may pay with cash, cashier's check, or money order. If your attorney is submitting your payment on your behalf, your attorney may pay with a credit card or check with a pre-printed address.

☐ **I need to pay the fee in installments.** If you choose this option, sign and attach the *Application for Individuals to Pay The Filing Fee in Installments* (Official Form 103A).

☐ **I request that my fee be waived** (You may request this option only if you are filing for Chapter 7. By law, a judge may, but is not required to, waive your fee, and may do so only if your income is less than 150% of the official poverty line that applies to your family size and you are unable to pay the fee in installments). If you choose this option, you must fill out the *Application to Have the Chapter 7 Filing Fee Waived* (Official Form 103B) and file it with your petition.

**9. Have you filed for bankruptcy within the last 8 years?**

■ No.
☐ Yes.

| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |

**10. Are any bankruptcy cases pending or being filed by a spouse who is not filing this case with you, or by a business partner, or by an affiliate?**

■ No
☐ Yes.

| Debtor | _____ | Relationship to you | _____ |
| District | _____ | When | _____ | Case number, if known | _____ |
| Debtor | _____ | Relationship to you | _____ |
| District | _____ | When | _____ | Case number, if known | _____ |

**11. Do you rent your residence?**

☐ No. Go to line 12.
■ Yes. Has your landlord obtained an eviction judgment against you?

  ■ No. Go to line 12.
  ☐ Yes. Fill out *Initial Statement About an Eviction Judgment Against You* (Form 101A) and file it with this bankruptcy petition.

Debtor 1 **Jason Duane Hunt**
Debtor 2 **Kristin Nicole Hunt**

Case number *(if known)*

---

### Part 3: Report About Any Businesses You Own as a Sole Proprietor

**12. Are you a sole proprietor of any full- or part-time business?**

☒ No. Go to Part 4.

☐ Yes. Name and location of business

_____
Name of business, if any

_____
Number, Street, City, State & ZIP Code

A sole proprietorship is a business you operate as an individual, and is not a separate legal entity such as a corporation, partnership, or LLC.

If you have more than one sole proprietorship, use a separate sheet and attach it to this petition.

*Check the appropriate box to describe your business:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ None of the above

**13. Are you filing under Chapter 11 of the Bankruptcy Code, and are you a *small business debtor or a debtor as defined by 11 U.S.C. § 1182(1)*?**

For a definition of *small business debtor*, see 11 U.S.C. § 101(51D).

*If you are filing under Chapter 11, the court must know whether you are a small business debtor or a debtor choosing to proceed under Subchapter V so that it can set appropriate deadlines.* If you indicate that you are a small business debtor or you are choosing to proceed under Subchapter V, you must attach your most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ No. I am not filing under Chapter 11.

☒ No. I am filing under Chapter 11, but I am NOT a small business debtor according to the definition in the Bankruptcy Code.

☐ Yes. I am filing under Chapter 11, I am a small business debtor according to the definition in the Bankruptcy Code, and I do not choose to proceed under Subchapter V of Chapter 11.

☐ Yes. I am filing under Chapter 11, I am a debtor according to the definition in § 1182(1) of the Bankruptcy Code, and I choose to proceed under Subchapter V of Chapter 11.

---

### Part 4: Report if You Own or Have Any Hazardous Property or Any Property That Needs Immediate Attention

**14. Do you own or have any property that poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety? Or do you own any property that needs immediate attention?**

☒ No.
☐ Yes.

What is the hazard? _____

If immediate attention is needed, why is it needed? _____

Where is the property? _____
Number, Street, City, State & Zip Code

*For example, do you own perishable goods, or livestock that must be fed, or a building that needs urgent repairs?*

---

Official Form 101     **Voluntary Petition for Individuals Filing for Bankruptcy**     page 4

Debtor 1 **Jason Duane Hunt**
Debtor 2 **Kristin Nicole Hunt**

Case number *(if known)*

| Part 5: | Explain Your Efforts to Receive a Briefing About Credit Counseling |

**About Debtor 1:**
*You must check one:*

**About Debtor 2 (Spouse Only in a Joint Case):**
*You must check one:*

**15. Tell the court whether you have received a briefing about credit counseling.**

The law requires that you receive a briefing about credit counseling before you file for bankruptcy. You must truthfully check one of the following choices. If you cannot do so, you are not eligible to file.

If you file anyway, the court can dismiss your case, you will lose whatever filing fee you paid, and your creditors can begin collection activities again.

■ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.
If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

  ☐ **Incapacity.**
  I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

  ☐ **Disability.**
  My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

  ☐ **Active duty.**
  I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver credit counseling with the court.

■ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of**:

  ☐ **Incapacity.**
  I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

  ☐ **Disability.**
  My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

  ☐ **Active duty.**
  I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

Official Form 101      **Voluntary Petition for Individuals Filing for Bankruptcy**      page 5

Debtor 1 **Jason Duane Hunt**
Debtor 2 **Kristin Nicole Hunt**

Case number *(if known)* _____

## Part 6: Answer These Questions for Reporting Purposes

**16. What kind of debts do you have?**

**16a. Are your debts primarily consumer debts?** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ■ No. Go to line 16b.
- ☐ Yes. Go to line 17.

**16b. Are your debts primarily business debts?** *Business debts* are debts that you incurred to obtain money for a business or investment or through the operation of the business or investment.
- ☐ No. Go to line 16c.
- ■ Yes. Go to line 17.

**16c.** State the type of debts you owe that are not consumer debts or business debts
_____

**17. Are you filing under Chapter 7?**
- ■ No. I am not filing under Chapter 7. Go to line 18.

**Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available for distribution to unsecured creditors?**
- ☐ Yes. I am filing under Chapter 7. Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available to distribute to unsecured creditors?
  - ☐ No
  - ☐ Yes

**18. How many Creditors do you estimate that you owe?**
- ■ 1-49
- ☐ 50-99
- ☐ 100-199
- ☐ 200-999
- ☐ 1,000-5,000
- ☐ 5001-10,000
- ☐ 10,001-25,000
- ☐ 25,001-50,000
- ☐ 50,001-100,000
- ☐ More than 100,000

**19. How much do you estimate your assets to be worth?**
- ☐ $0 - $50,000
- ☐ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ☐ $500,001 - $1 million
- ☐ $1,000,001 - $10 million
- ■ $10,000,001 - $50 million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million
- ☐ $500,000,001 - $1 billion
- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

**20. How much do you estimate your liabilities to be?**
- ☐ $0 - $50,000
- ☐ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ☐ $500,001 - $1 million
- ☐ $1,000,001 - $10 million
- ■ $10,000,001 - $50 million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million
- ☐ $500,000,001 - $1 billion
- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

## Part 7: Sign Below

**For you**

I have examined this petition, and I declare under penalty of perjury that the information provided is true and correct.

If I have chosen to file under Chapter 7, I am aware that I may proceed, if eligible, under Chapter 7, 11, 12, or 13 of title 11, United States Code. I understand the relief available under each chapter, and I choose to proceed under Chapter 7.

If no attorney represents me and I did not pay or agree to pay someone who is not an attorney to help me fill out this document, I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I understand making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

| /s/ Jason Duane Hunt | /s/ Kristin Nicole Hunt |
|---|---|
| **Jason Duane Hunt** | **Kristin Nicole Hunt** |
| Signature of Debtor 1 | Signature of Debtor 2 |
| Executed on **May 5, 2025** | Executed on **May 5, 2025** |
| MM / DD / YYYY | MM / DD / YYYY |

| | |
|---|---|
| Debtor 1 **Jason Duane Hunt** | |
| Debtor 2 **Kristin Nicole Hunt** | Case number *(if known)* |

---

**For your attorney, if you are represented by one**

**If you are not represented by an attorney, you do not need to file this page.**

I, the attorney for the debtor(s) named in this petition, declare that I have informed the debtor(s) about eligibility to proceed under Chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each chapter for which the person is eligible. I also certify that I have delivered to the debtor(s) the notice required by 11 U.S.C. § 342(b) and, in a case in which § 707(b)(4)(D) applies, certify that I have no knowledge after an inquiry that the information in the schedules filed with the petition is incorrect.

**/s/ Kell C. Mercer**　　　　　　　　　　　　　　　　Date　**May 5, 2025**
Signature of Attorney for Debtor　　　　　　　　　　　　　　　MM / DD / YYYY

**Kell C. Mercer**
Printed name

**Kell C. Mercer, P.C.**
Firm name

**901 S Mopac Expy Bldg 1 Ste 300**
**Austin, TX 78746**
Number, Street, City, State & ZIP Code

Contact phone **(512) 627-3512**　　　　　　Email address　**kell.mercer@mercer-law-pc.com**

**Tex. Bar No. 24007668 TX**
Bar number & State

---

| Fill in this information to identify your case: | | | |
|---|---|---|---|
| Debtor 1 | **Jason Duane Hunt** | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Kristin Nicole Hunt** | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | WESTERN DISTRICT OF TEXAS, AUSTIN DIVISION | | |
| Case number (if known) | | | |

☐ Check if this is an amended filing

B 104

# For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims Against You and Are Not Insiders  12/15

If you are an individual filing for bankruptcy under Chapter 11, you must fill out this form. If you are filing under Chapter 7, Chapter 12, or Chapter 13, do not fill out this form. Do not include claims by anyone who is an insider. Insiders include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20 percent or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101. Also, do not include claims by secured creditors unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information.

**Part 1:** List the 20 Unsecured Claims in Order from Largest to Smallest. Do Not Include Claims by Insiders.

| | | Unsecured claim |
|---|---|---|
| **1** **Newtek** 4800 T-Rex Avenue, Suite 120 Boca Raton, FL 33431 _____ Contact _____ Contact phone | What is the nature of the claim? _____ As of the date you file, the claim is: Check all that apply ☐ Contingent ☐ Unliquidated ☐ Disputed ■ None of the above apply Does the creditor have a lien on your property? ■ No ☐ Yes. Total claim (secured and unsecured) Value of security: Unsecured claim | $3,000,000.00 _____ - _____ _____ |
| **2** **Patmos Capital Partners LLC** 6534 Sunnyland Ln Dallas, TX 75214 _____ Contact | What is the nature of the claim? _____ As of the date you file, the claim is: Check all that apply ☐ Contingent ☐ Unliquidated ☐ Disputed ■ None of the above apply Does the creditor have a lien on your property? ■ No ☐ Yes. Total claim (secured and unsecured) Value of security: | $2,700,000.00 _____ - _____ |

| Debtor 1 | Jason Duane Hunt | | |
|---|---|---|---|
| Debtor 2 | Kristin Nicole Hunt | Case number *(if known)* | |

Contact phone | Unsecured claim

---

**3**

**Timeless Funding LLC**
**5014 16th Avenue STE 124**
**Brooklyn, NY 11219**

What is the nature of the claim?    $2,194,608.00

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ■ None of the above apply

Does the creditor have a lien on your property?
- ■ No
- ☐ Yes. Total claim (secured and unsecured)
  Value of security: -
  Unsecured claim

Contact
Contact phone

---

**4**

**Balcones Asset Holdings LLC**
**2083 N. Collins Blvd. Ste 200**
**Richardson, TX 75080**

What is the nature of the claim?    $2,089,000.00

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ■ None of the above apply

Does the creditor have a lien on your property?
- ■ No
- ☐ Yes. Total claim (secured and unsecured)
  Value of security: -
  Unsecured claim

Contact
Contact phone

---

**5**

**Itria Ventures LLC**
**1 Penn Plaza, Suite 3101**
**New York, NY 10119**

What is the nature of the claim?    $1,652,696.18

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ■ None of the above apply

Does the creditor have a lien on your property?
- ■ No
- ☐ Yes. Total claim (secured and unsecured)
  Value of security: -
  Unsecured claim

Contact
Contact phone

---

**6**

**Premium Merchant Funding (PMF)**
**55 Water Street**
**New York, NY 10004**

What is the nature of the claim?    $649,905.36

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ■ None of the above apply

---

B 104 (Official Form 104)    For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims    Page 2

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor 1 **Jason Duane Hunt**
Debtor 2 **Kristin Nicole Hunt**      Case number *(if known)*

**Does the creditor have a lien on your property?**
- ■ No
- ☐ Yes. Total claim (secured and unsecured)
  - Value of security: -
  - Unsecured claim

Contact
Contact phone

---

**7**

**Vault Capital LLC**
**19790 W Dixie Hwy**
**Miami, FL 33180**

**What is the nature of the claim?**      **$349,125.00**

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ■ None of the above apply

**Does the creditor have a lien on your property?**
- ■ No
- ☐ Yes. Total claim (secured and unsecured)
  - Value of security: -
  - Unsecured claim

Contact
Contact phone

---

**8**

**Celtic Advance**
**8 The Green, Suite A**
**Dover, DE 19901**

**What is the nature of the claim?**      **$331,404.00**

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ■ None of the above apply

**Does the creditor have a lien on your property?**
- ■ No
- ☐ Yes. Total claim (secured and unsecured)
  - Value of security: -
  - Unsecured claim

Contact
Contact phone

---

**9**

**Planet Home Lending**
**PO Box 1001**
**Meriden, CT 06450**

**What is the nature of the claim?**      **$315,000.00**

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ■ None of the above apply

**Does the creditor have a lien on your property?**
- ■ No
- ☐ Yes. Total claim (secured and unsecured)
  - Value of security: -
  - Unsecured claim

Contact
Contact phone

---

**10**

**First Nattional Bank of Sonora**

**What is the nature of the claim?**      **$278,789.00**

---

B 104 (Official Form 104)      For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims      Page 3

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

| Debtor 1 | **Jason Duane Hunt** | |
|---|---|---|
| Debtor 2 | **Kristin Nicole Hunt** | Case number *(if known)* |

**Texas**
**102 E Main Street**
**Sonora, TX 76950**

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

**Does the creditor have a lien on your property?**
■ No
☐ Yes. Total claim (secured and unsecured)
    Value of security: -
    Unsecured claim

Contact
Contact phone

---

**11**

**Alpaca Funding LLC**
**266 Broadway, Suite 401**
**Brooklyn, NY 11211**

**What is the nature of the claim?**      $264,000.00

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

**Does the creditor have a lien on your property?**
■ No
☐ Yes. Total claim (secured and unsecured)
    Value of security: -
    Unsecured claim

Contact
Contact phone

---

**12**

**Zions Bancorporation, NA d/b/a Amegy Ban**
**3342 Bee Cave Rd**
**Austin, TX 78746**

**What is the nature of the claim?**      $262,408.78

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
■ Unliquidated
☐ Disputed
☐ None of the above apply

**Does the creditor have a lien on your property?**
■ No
☐ Yes. Total claim (secured and unsecured)
    Value of security: -
    Unsecured claim

Contact
Contact phone

---

**13**

**Ramp CC Service**
**28 West 23rd Street, Floor 2**
**New York, NY 10010**

**What is the nature of the claim?**      $238,324.00

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

**Does the creditor have a lien on your property?**
■ No
☐ Yes. Total claim (secured and unsecured)

Contact

---

B 104 (Official Form 104)    For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims    Page 4

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor 1 | Jason Duane Hunt | | |
|---|---|---|---|
| Debtor 2 | Kristin Nicole Hunt | Case number (if known) | |

Contact phone

Value of security: -
Unsecured claim

---

**14**

**Five Star Bank**
**2240 Douglas Blvd Ste 100**
**Roseville, CA 95661**

What is the nature of the claim?  $192,070.00

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

Does the creditor have a lien on your property?
■ No
☐ Yes. Total claim (secured and unsecured)
  Value of security: -
  Unsecured claim

Contact

Contact phone

---

**15**

**RHO CC Service**
**100 Crosby Street**
**New York, NY 10012**

What is the nature of the claim?  $159,998.00

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

Does the creditor have a lien on your property?
■ No
☐ Yes. Total claim (secured and unsecured)
  Value of security: -
  Unsecured claim

Contact

Contact phone

---

**16**

**The Home Depot - Project Credit Line**
**2455 Paces Ferry Road NW**
**Atlanta, GA 30339**

What is the nature of the claim?  $151,437.95

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

Does the creditor have a lien on your property?
■ No
☐ Yes. Total claim (secured and unsecured)
  Value of security: -
  Unsecured claim

Contact

Contact phone

---

**17**

**First Home Bank**
**9190 Seminole Blvd**
**Seminole, FL 33772**

What is the nature of the claim?  $150,000.00

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
  None of the above apply

---

B 104 (Official Form 104)   For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims   Page 5

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com   Best Case Bankruptcy

Debtor 1 **Jason Duane Hunt**
Debtor 2 **Kristin Nicole Hunt**

Case number *(if known)*

---

■

**Does the creditor have a lien on your property?**
■ No
☐ Yes. Total claim (secured and unsecured)
  Value of security: -
  Unsecured claim

Contact
Contact phone

---

**18**

**McCoys**
**P.O. Box 1028**
**San Marcos, TX 78667**

What is the nature of the claim?  $101,865.00

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

**Does the creditor have a lien on your property?**
■ No
☐ Yes. Total claim (secured and unsecured)
  Value of security: -
  Unsecured claim

Contact
Contact phone

---

**19**

**Square Advance**
**90 E Halsey RD**
**Parsippany, NJ 07054**

What is the nature of the claim?  $90,179.00

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

**Does the creditor have a lien on your property?**
■ No
☐ Yes. Total claim (secured and unsecured)
  Value of security: -
  Unsecured claim

Contact
Contact phone

---

**20**

**Divvy / Bill CC Service**
**6220 America Center Drive, Suite 100**
**San Jose, CA 95002**

What is the nature of the claim?  $77,454.00

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

**Does the creditor have a lien on your property?**
■ No
☐ Yes. Total claim (secured and unsecured)
  Value of security: -
  Unsecured claim

Contact
Contact phone

---

**Part 2:** **Sign Below**

B 104 (Official Form 104)  For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims  Page 6

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com  Best Case Bankruptcy

| | | | |
|---|---|---|---|
| Debtor 1 | **Jason Duane Hunt** | | |
| Debtor 2 | **Kristin Nicole Hunt** | Case number *(if known)* | |

**Under penalty of perjury, I declare that the information provided in this form is true and correct.**

X **/s/ Jason Duane Hunt**  
   **Jason Duane Hunt**  
   Signature of Debtor 1

X **/s/ Kristin Nicole Hunt**  
   **Kristin Nicole Hunt**  
   Signature of Debtor 2

Date **May 5, 2025**

Date **May 5, 2025**

B 104 (Official Form 104)    For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims    Page 7

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

# United States Bankruptcy Court
## Western District of Texas, Austin Division

In re: **Jason Duane Hunt, Kristin Nicole Hunt**, Debtor(s)

Case No.
Chapter **11**

# VERIFICATION OF CREDITOR MATRIX

The above-named Debtors hereby verify that the attached list of creditors is true and correct to the best of their knowledge.

Date: **May 5, 2025**

/s/ **Jason Duane Hunt**
**Jason Duane Hunt**
Signature of Debtor

Date: **May 5, 2025**

/s/ **Kristin Nicole Hunt**
**Kristin Nicole Hunt**
Signature of Debtor

Alpaca Funding LLC
266 Broadway, Suite 401
Brooklyn, NY 11211

American Express
200 Vesey Street
New York, NY 10285

American Express B Plat
200 Vesey Street
New York, NY 10285

American Express Cash
200 Vesey Street
New York, NY 10285

American Express Gold
200 Vesey Street
New York, NY 10285

American Express Platinum
200 Vesey Street
New York, NY 10285

Balcones Asset Holdings LLC
2083 N. Collins Blvd. Ste 200
Richardson, TX 75080

Brian Fisher, Esq.
Holmes Firm PC
14241 N Dallas Parkway, Suite 800
Dallas, TX 75254

Brickhouse Capital
8161 E. Indian Bend RD Ste 103
Scottsdale, AZ 85250

Capital One Business CC
1680 Capital One Drive
McLean, VA 22102

Celtic Advance
8 The Green, Suite A
Dover, DE 19901

```
Chase Auto
700 Kansas Lane
Monroe, LA 71203


Chase CC Business
270 Park Avenue
New York, NY 10017


Chase CC Personal
270 Park Avenue
New York, NY 10017


Constantine Z. Pamphilis
Kasowitz Benson Torres LLP
1415 Louisiana Street, Suite 2100
Houston, TX 77002


Core Funding Source LLC
8549 Wilshire Blvd Suite 852
Beverly Hills, CA 90211


Divvy / Bill CC Service
6220 America Center Drive, Suite 100
San Jose, CA 95002


First Home Bank
9190 Seminole Blvd
Seminole, FL 33772


First Nattional Bank of Sonora Texas
102 E Main Street
Sonora, TX 76950


First United Bank
1400 West Main Street
Durant, OK 74701


Five Star Bank
2240 Douglas Blvd Ste 100
Roseville, CA 95661


GMC Auto- 2016 Dodge Ram 2500
200 Renaissance Center
Detroit, MI 48243
```

GMC Auto- 2021 GMC Yukon
200 Renaissance Center
Detroit, MI 48243


GMC Auto- 2021 Silverado
200 Renaissance Center
Detroit, MI 48243


HNB
1 South Broad Street
Philadelphia, PA 19107


Itria Ventures LLC
1 Penn Plaza, Suite 3101
New York, NY 10119


Jennifer Moynahan
Winstead PC
600 Travis Suite 5200
Houston, TX 77002


John David Reed
Holmes Firm PC
14241 N Dallas Parkway, Suite 800
Dallas, TX 75254


Jonathan P. Hernon
Holmes Firm PC
14241 N Dallas Parkway, Suite 800
Dallas, TX 75254


Land Rover Financial
P.O. Box 78069
Phoenix, AZ 85062


Macquarie Equipment
125 West 55th Street, Level 22
New York, NY 10019


Mastercard Personal
2000 Purchase Street
Purchase, NY 10577

```
McCoys
P.O. Box 1028
San Marcos, TX 78667


Newtek
4800 T-Rex Avenue, Suite 120
Boca Raton, FL 33431


OnDeck Capital
1400 Broadway, Fl 25
New York, NY 10018


Pathward Leasing
5501 South Broadband Lane
Sioux Falls, SD 57108


Patmos Capital Partners LLC
6534 Sunnyland Ln
Dallas, TX 75214


Planet Home Lending
PO Box 1001
Meriden, CT 06450


Premium Merchant Funding (PMF)
55 Water Street
New York, NY 10004


Ramp CC Service
28 West 23rd Street, Floor 2
New York, NY 10010


RHO CC Service
100 Crosby Street
New York, NY 10012


Sonora Bank
512 Singing Oaks
Bulverde, TX 78070


Square Advance
90 E Halsey RD
Parsippany, NJ 07054
```

Steve Owens
Kasowitz Benson Torres LLP
1415 Louisiana Street, Suite 2100
Houston, TX 77002


The Home Depot
2455 Paces Ferry Road NW
Atlanta, GA 30339


The Home Depot - Project Credit Line
2455 Paces Ferry Road NW
Atlanta, GA 30339


The Home Depot Credit Card
2455 Paces Ferry Road NW
Atlanta, GA 30339


Timeless Funding LLC
5014 16th Avenue STE 124
Brooklyn, NY 11219


Tom Van Arsdel
Winstead PC
600 Travis Ste 5200
Houston, TX 77002


Unique Funding Solutions LLC
1915 Hollywood Blvd Suite 200A
Hollywood, FL 33020


Vault Capital LLC
19790 W Dixie Hwy
Miami, FL 33180


Zions Bancorporation, NA d/b/a Amegy Ban
3342 Bee Cave Rd
Austin, TX 78746