

IT IS HEREBY ADJUDGED and DECREED that the below described is SO ORDERED.

Dated: May 07, 2025.

_____
SHAD M. ROBINSON
UNITED STATES BANKRUPTCY JUDGE

_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| IN RE: | § | CASE NO. 25-10656-smr |
|---|---|---|
| JASON DUANE HUNT, | § | |
| KRISTIN NICOLE HUNT, | § | |
| DEBTORS. | § | CHAPTER 11 |

### ORDER REASSIGNING BUSINESS OF THE COURT

IT IS HEREBY ORDERED and NOTICE is given that the above-referenced case is reassigned to the Honorable Christopher G. Bradley.

IT IS FURTHER ORDERED that the Clerk of the Court shall immediately cause a copy of this ORDER to be served on all parties in interest in this case.

# # #

1

United States Bankruptcy Court

Western District of Texas

In re:     Case No. 25-10656-cgb

Jason Duane Hunt     Chapter 11

Kristin Nicole Hunt

    Debtors

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0542-1 | User: admin | Page 1 of 3 |
| Date Rcvd: May 07, 2025 | Form ID: pdfapac | Total Noticed: 56 |

The following symbols are used throughout this certificate:
**Symbol**     **Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 09, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/db | + | Jason Duane Hunt, Kristin Nicole Hunt, 2009 Bowman Avenue, Austin, TX 78703-2303 |
| 18918173 | + | Alpaca Funding LLC, 266 Broadway, Suite 401, Brooklyn, NY 11211-6306 |
| 18918175 | + | American Express B Plat, 200 Vesey Street, New York, NY 10285-0002 |
| 18918179 | + | Balcones Asset Holdings LLC, 2083 N. Collins Blvd. Ste 200, Richardson, TX 75080-2662 |
| 18918180 | + | Brian Fisher, Esq., Holmes Firm PC, 14241 N Dallas Parkway, Suite 800, Dallas, TX 75254-2919 |
| 18918183 | + | Celtic Advance, 8 The Green, Suite A, Dover, DE 19901-3618 |
| 18918185 | + | Chase CC Business, 270 Park Avenue, New York, NY 10017-2070 |
| 18918188 | + | Core Funding Source LLC, 8549 Wilshire Blvd Suite 852, Beverly Hills, CA 90211-3104 |
| 18918189 | | Divvy / Bill CC Service, 6220 America Center Dr #100, San Jose, CA 95002 |
| 18918191 | + | First Nattional Bank of Sonora Texas, 102 E Main Street, Sonora, TX 76950-2613 |
| 18918193 | + | Five Star Bank, 2240 Douglas Blvd Ste 100, Roseville, CA 95661-3874 |
| 18918194 | + | GMC Auto- 2016 Dodge Ram 2500, 200 Renaissance Center, Detroit, MI 48243-1300 |
| 18918195 | + | GMC Auto- 2021 GMC Yukon, 200 Renaissance Center, Detroit, MI 48243-1300 |
| 18918196 | + | GMC Auto- 2021 Silverado, 200 Renaissance Center, Detroit, MI 48243-1300 |
| 18918197 | + | HNB, 1 South Broad Street, Philadelphia, PA 19107-3426 |
| 18920260 | + | Itria Ventures LLC, c/o Constantine Z Pamphilis, 1415 Louisiana St #2100, Houston TX 77002-7344 |
| 18918198 | + | Itria Ventures LLC, 1 Penn Plaza, Suite 3101, New York, NY 10119-3101 |
| 18918199 | + | Jennifer Moynahan, Winstead PC, 600 Travis Suite 5200, Houston, TX 77002-3017 |
| 18918200 | + | John David Reed, Holmes Firm PC, 14241 N Dallas Parkway, Suite 800, Dallas, TX 75254-2919 |
| 18918201 | + | Jonathan P. Hernon, Holmes Firm PC, 14241 N Dallas Parkway, Suite 800, Dallas, TX 75254-2919 |
| 18918202 | + | Land Rover Financial, P.O. Box 78069, Phoenix, AZ 85062-8069 |
| 18918203 | + | Macquarie Equipment, 125 West 55th Street, Level 22, New York, NY 10019-5369 |
| 18918204 | + | Mastercard Personal, 2000 Purchase Street, Purchase, NY 10577-2509 |
| 18918206 | + | Newtek, 4800 T-Rex Ave #120, Boca Raton, FL 33431-4479 |
| 18918208 | + | Pathward Leasing, 5501 South Broadband Lane, Sioux Falls, SD 57108-2253 |
| 18918209 | + | Patmos Capital Partners LLC, 6534 Sunnyland Ln, Dallas, TX 75214-3123 |
| 18918211 | + | Premium Merchant Funding (PMF), 55 Water Street, New York, NY 10041-3203 |
| 18918213 | + | RHO CC Service, 100 Crosby Street, New York, NY 10012-4717 |
| 18918212 | + | Ramp CC Service, 28 West 23rd Street, Floor 2, New York, NY 10010-5260 |
| 18918215 | + | Square Advance, 90 E Halsey RD, Parsippany, NJ 07054-3713 |
| 18918216 | + | Steve Owens, Kasowitz Benson Torres LLP, 1415 Louisiana Street, Suite 2100, Houston, TX 77002-7344 |
| 18920522 | + | TIMELESS FUNDING LLC, 1545 Route 202 Suite 101, Pomona, NY 10970-2951 |
| 18920368 | + | The First National Bank of Sonora, TX, dba Sonora Bank, FLUME LAW FIRM, LLP, 10127 Morocco St #137, San Antonio TX 78216-3963 |
| 18918218 | | The Home Depot - Project Credit Line, 2455 Paces Ferry Road NW, Atlanta, GA 30339 |
| 18918219 | | The Home Depot Credit Card, 2455 Paces Ferry Road NW, Atlanta, GA 30339 |
| 18918220 | + | Timeless Funding LLC, 5014 16th Avenue STE 124, Brooklyn, NY 11204-1482 |
| 18918221 | + | Tom Van Arsdel, Winstead PC, 600 Travis Ste 5200, Houston, TX 77002-3017 |
| 18918222 | + | Unique Funding Solutions LLC, 1915 Hollywood Blvd Suite 200A, Hollywood, FL 33020-4547 |
| 18918223 | + | Vault Capital LLC, 19790 W Dixie Hwy, Miami, FL 33180-2277 |
| 18918224 | + | Zions Bancorporation, NA, dba Amegy Bank, 3342 Bee Cave Rd, Austin, TX 78746-6610 |

TOTAL: 40

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern

| District/off: 0542-1 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: May 07, 2025 | Form ID: pdfapac | Total Noticed: 56 |

Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| 18918174 | + Email/PDF: bncnotices@becket-lee.com | May 07 2025 22:48:58 | American Express, 200 Vesey Street, New York, NY 10285-0002 |
| 18918176 | + Email/PDF: bncnotices@becket-lee.com | May 07 2025 22:49:47 | American Express Cash, 200 Vesey Street, New York, NY 10285-0002 |
| 18918177 | + Email/PDF: bncnotices@becket-lee.com | May 07 2025 22:49:01 | American Express Gold, 200 Vesey Street, New York, NY 10285-0002 |
| 18918178 | + Email/PDF: bncnotices@becket-lee.com | May 07 2025 22:49:51 | American Express Platinum, 200 Vesey Street, New York, NY 10285-0002 |
| 18918181 | + Email/Text: jackn@brickhousecapital.com | May 07 2025 22:34:00 | Brickhouse Capital, 8161 E. Indian Bend RD Ste 103, Scottsdale, AZ 85250-4828 |
| 18918182 | + Email/PDF: AIS.cocard.ebn@aisinfo.com | May 07 2025 22:48:58 | Capital One Business CC, 1680 Capital One Drive, McLean, VA 22102-3407 |
| 18918184 | + Email/PDF: ais.chase.ebn@aisinfo.com | May 07 2025 22:48:56 | Chase Auto, 700 Kansas Lane, Monroe, LA 71203-4774 |
| 18918186 | + Email/PDF: ais.chase.ebn@aisinfo.com | May 07 2025 22:36:13 | Chase CC Personal, 270 Park Avenue, New York, NY 10017-2070 |
| 18918190 | + Email/Text: bankruptcies@bayfirstfinancial.com | May 07 2025 22:34:00 | First Home Bank, 9190 Seminole Blvd, Seminole, FL 33772-3148 |
| 18918192 | + Email/Text: specialassets@firstunitedbank.com | May 07 2025 22:35:00 | First United Bank, 1400 West Main Street, Durant, OK 74701-4906 |
| 18920437 | + Email/Text: BNCnotices@bdfgroup.com | May 07 2025 22:34:00 | First United Bank & Trust Company, c/o BDFTE LLP, 4004 Belt Line Rd, Ste 100, Addison, TX 75001-4320 |
| 18918205 | + Email/Text: bankruptcy@mccoys.com | May 07 2025 22:35:00 | McCoys, P.O. Box 1028, San Marcos, TX 78667-1028 |
| 18918207 | + Email/Text: bankruptcy@ondeck.com | May 07 2025 22:35:00 | OnDeck Capital, 1400 Broadway, Fl 25, New York, NY 10018-5225 |
| 18918210 | ^ MEBN | May 07 2025 22:28:04 | Planet Home Lending, PO Box 1001, Meriden, CT 06450-8010 |
| 18918214 | + Email/Text: walt.heywood@sonorabank.com | May 07 2025 22:35:00 | Sonora Bank, 512 Singing Oaks, Bulverde, TX 78070-6509 |
| 18918217 | Email/PDF: ais.sync.ebn@aisinfo.com | May 07 2025 22:49:02 | The Home Depot, 2455 Paces Ferry Road NW, Atlanta, GA 30339 |

TOTAL: 16

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| | | |
|---|---|---|
| District/off: 0542-1 | User: admin | Page 3 of 3 |
| Date Rcvd: May 07, 2025 | Form ID: pdfapac | Total Noticed: 56 |
| Date: May 09, 2025 | Signature: /s/Gustava Winters | |

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 7, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Constantine Z. Pamphilis | on behalf of Creditor Itria Ventures LLC courtnotices@kasowitz.com |
| Jeffrey Fleming | on behalf of Creditor First United Bank & Trust Company wdecf@BDFGROUP.com |
| Kell C. Mercer | on behalf of Debtor Kristin Nicole Hunt kell.mercer@mercer-law-pc.com |
| Kell C. Mercer | on behalf of Debtor Jason Duane Hunt kell.mercer@mercer-law-pc.com |
| Michael Flume | on behalf of Creditor The First National Bank of Sonora TX DBA Sonora Bank mflume@flumelaw.net, mmonge@flumelaw.net;sflume@flumelaw.net |
| Shane P. Tobin | on behalf of U.S. Trustee United States Trustee - AU12 shane.p.tobin@usdoj.gov Carolyn.Feinstein@usdoj.gov;gary.wright3@usdoj.gov;Tisha.Savannah@usdoj.gov |
| United States Trustee - AU12 | ustpregion07.au.ecf@usdoj.gov |

TOTAL: 7