**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Jason** | **Duane** | **Hunt** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Kristin** | **Nicole** | **Hunt** |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the:   **Western District of Texas**

Case number   **25-10656**
_____(If known):_____

☑ Check if this is an amended filing

# Official Form 106Sum

## Summary of Your Assets and Liabilities and Certain Statistical Information          12/15

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file your original forms, you must fill out a new *Summary* and check the box at the top of this page.**

### Part 1:    Summarize Your Assets

|  | **Your assets**<br>Value of what you own |
|---|---|
| 1. *Schedule A/B: Property* (Official Form 106A/B) | |
| 1a. Copy line 55, Total real estate, from *Schedule A/B* ............................................. | $         **4,800,000.00** |
| 1b. Copy line 62, Total personal property, from *Schedule A/B* ................................... | $           **103,610.63** |
| 1c. Copy line 63, Total of all property on *Schedule A/B* ............................................ | $         **4,903,610.63** |

### Part 2:    Summarize Your Liabilities

|  | **Your liabilities**<br>Amount you owe |
|---|---|
| 2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D) | |
| 2a. Copy the total you listed in Column A, *Amount of claim,* at the bottom of the last page of Part 1 of *Schedule D* …. | $       **5,700,895.36** |
| 3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F) | |
| 3a. Copy the total claims from Part 1 (priority unsecured claims) from line 6e of *Schedule E/F* ................................... | $                 **0.00** |
| 3b. Copy the total claims from Part 2 (nonpriority unsecured claims) from line 6j of *Schedule E/F* .............................. | + $     **19,786,156.68** |
| **Your total liabilities** | $     **25,487,052.04** |

### Part 3:    Summarize Your Income and Expenses

|  |  |
|---|---|
| 4. *Schedule I: Your Income* (Official Form 106I) | |
| Copy your combined monthly income from line 12 of *Schedule I* ............................................................ | $          **8,353.63** |
| 5. *Schedule J: Your Expenses* (Official Form 106J) | |
| Copy your monthly expenses from line 22c of *Schedule J* ............................................................ | $         **14,700.00** |

| Debtor 1 | **Jason** | **Duane** | **Hunt** | Case number *(if known)* | **25-10656** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

---

**Part 4:**  **Answer These Questions for Administrative and Statistical Records**

6. **Are you filing for bankruptcy under Chapters 7, 11, or 13?**

   ☐ No. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

   ☒ Yes

7. **What kind of debt do you have?**

   ☐ **Your debts are primarily consumer debts.** *Consumer debts* are those "incurred by an individual primarily for a personal, family, or household purpose." 11 U.S.C. § 101(8). Fill out lines 8-9g for statistical purposes. 28 U.S.C. § 159.

   ☒ **Your debts are not primarily consumer debts.** You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules

8. From the *Statement of Your Current Monthly Income*: Copy your total current monthly income from Official Form 122A-1 Line 11; **OR**, Form 122B Line 11; **OR**, Form 122C-1 Line 14.

   $ _____ 9,375.00

9. Copy the following special categories of claims from Part 4, line 6 of *Schedule E/F*:

| From Part 4 on *Schedule E/F*, copy the following: | Total Claim |
|---|---|
| 9a. Domestic support obligations (Copy line 6a.) | $ _____ 0.00 |
| 9b. Taxes and certain other debts you owe the government. (Copy line 6b.) | $ _____ 0.00 |
| 9c. Claims for death or personal injury while you were intoxicated. (Copy line 6c.) | $ _____ 0.00 |
| 9d. Student loans. (Copy line 6f.) | $ _____ 0.00 |
| 9e. Obligations arising out of a separation agreement or divorce that you did not report as priority claims. (Copy line 6g.) | $ _____ 0.00 |
| 9f. Debts to pension or profit-sharing plans, and other similar debts. (Copy line 6h.) | **+** $ _____ 0.00 |
| 9g. **Total.** Add lines 9a through 9f. | $ _____ 0.00 |

---

Copyright © Financial Software Solutions, LLC                                                                                   BlueStylus

**Fill in this information to identify your case and this filing:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Jason** | **Duane** | **Hunt** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Kristin** | **Nicole** | **Hunt** |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **Western District of Texas**

Case number (If known): **25-10656**

☐ Check if this is an amended filing

Official Form 106A/B

# Schedule A/B: Property

12/15

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

**Part 1: Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In**

1. **Do you own or have any legal or equitable interest in any residence, building, land, or similar property?**

   ☐ No. Go to Part 2.
   ☑ Yes. Where is the property?

**1.1.** **3204 Greenlee Dr.**
Street address, if available, or other description

**Austin**   **TX**   **78703**
City   State   Zip Code

**TRAVIS**
County

**What is the property?** Check all that apply.
☑ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $ **4,800,000.00** | $ **4,800,000.00** |

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

**Fee Simple**

☑ Check if this is community property
(see instructions)

Other information you wish to add about this item, such as local property identification number: _____

**Note:**

**Schedule A/B: Property**

Copyright © Financial Software Solutions, LLC

BlueStylus

| Debtor 1 | Jason | Duane | Hunt | | Case number (if known) | 25-10656 |
|---|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | | |

**1.2.** **2009 Bowman Ave.**
Street address, if available, or other description

**Austin** **TX** **78703**
City  State  Zip Code

**TRAVIS**
County

**What is the property?** Check all that apply.

- ☑ Single-family home
- ☐ Duplex or multi-unit building
- ☐ Condominium or cooperative
- ☐ Manufactured or mobile home
- ☐ Land
- ☐ Investment property
- ☐ Timeshare
- ☐ Other _____

**Who has an interest in the property?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number: _____

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property*.

**Current value of the entire property?**  **Current value of the portion you own?**

$ _____ **Unknown**   $ _____ **Unknown**

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.
**Leasehold Interest in residential rental property - 3 year lease prepaid.**

☑ **Check if this is community property**
(see instructions)

**Note:**

2. Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here .................................................. ➜ $ **4,800,000.00**

---

| **Part 2:** | **Describe Your Vehicles** |
|---|---|

**Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not?** Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

3. **Cars, vans, trucks, tractors, sport utility vehicles, motorcycles**
   - ☑ No
   - ☐ Yes

4. **Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**
   *Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories
   - ☑ No
   - ☐ Yes

5. Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here .................................................. ➜ $ **0.00**

| Debtor 1 | __Jason__ | __Duane__ | __Hunt__ | | Case number *(if known)* | __25-10656__ |
|---|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | | |

| Part 3: | Describe Your Personal and Household Items |
|---|---|

| Do you own or have any legal or equitable interest in any of the following items? | Current value of the portion you own? |
|---|---|
| | Do not deduct secured claims or exemptions. |

**6.  Household goods and furnishings**
- ☐ No
- ☑ Yes. Describe............................

| Misc. Household Good & Furnishing - Couches, Tables, Chairs, Beds, Paintings, Rugs, & Gym Equipment. | $ 30,000.00 |
|---|---|

**7.  Electronics**
- ☐ No
- ☑ Yes. Describe............................

| Misc. Household Electronics - (4) Televisions and (2) Apple iPods | $ 10,000.00 |
|---|---|

**8.  Collectibles of value**
- ☑ No
- ☐ Yes. Describe............................

| | $ |
|---|---|

**9.  Equipment for sports and hobbies**
- ☐ No
- ☑ Yes. Describe............................

| Misc. sporting equipment (kid bikes, kid games, kid toys, basketball goal, and golf clubs) | $ 4,000.00 |
|---|---|

**10.  Firearms**
- ☑ No
- ☐ Yes. Describe............................

| | $ |
|---|---|

**11.  Clothes**
- ☐ No
- ☑ Yes. Describe............................

| Misc. Clothes. (Husband, Wife, and child) | $ 3,000.00 |
|---|---|

**12.  Jewelry**
- ☐ No
- ☑ Yes. Describe............................

| Jewelry (Watches, earrings, bracelets, necklaces, and bags/purses.) | $ 40,000.00 |
|---|---|

Copyright © Financial Software Solutions, LLC                    BlueStylus

| Debtor 1 | **Jason** | **Duane** | **Hunt** | | Case number *(if known)* | **25-10656** |
|---|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | | |

**13**. **Non-farm animals**
- ☐ No
- ☒ Yes. Describe............................

| Yorkie Dog | $ | **Unknown** |
|---|---|---|

**14**. **Any other personal and household items you did not already list, including any health aids you did not list**
- ☐ No
- ☒ Yes. Describe............................

| Misc. Tools | $ | **2,500.00** |
|---|---|---|

15. **Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write that number here** ..........................................................................➔

$ **89,500.00**

---

**Part 4:**  **Describe Your Financial Assets**

| Do you own or have any legal or equitable interest in any of the following? | Current value of the portion you own? Do not deduct secured claims or exemptions. |
|---|---|

16. **Cash**
*Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition
- ☐ No
- ☒ Yes ....................................

| 16.1 | Cash on hand | $ | **3,000.00** |
|---|---|---|---|

17. **Deposits of Money**
- ☐ No
- ☒ Yes ....................................          Institution name:

| **17.1**. Checking Account | **Frost Bank** | $ | **11,109.22** |
|---|---|---|---|
| **17.2**. Checking Account | **RBFCU** | $ | **0.41** |
| **17.3**. Savings Account | **RBFCU Savings Account** | $ | **1.00** |

18. **Bonds, mutual funds, or publicly traded stocks**
*Examples:* Bond funds, investment accounts with brokerage firms, money market accounts
- ☒ No
- ☐ Yes ....................................          Institution or issuer name:

$

---

| Debtor 1 | **Jason** | **Duane** | **Hunt** | | Case number *(if known)* | | **25-10656** |
|---|---|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | | | |

19. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**

☐ No
☒ Yes. Give specific information about them……………………………

| | Name of entity: | % of ownership: | |
|---|---|---|---|
| 19.1 | **4616 Crestway, LLC** | **100.00** % | $ **Unknown** |
| 19.2 | **JD Hunt Custom Homes, Inc.** | **Unknown** % | $ **Unknown** |
| 19.3 | **JD Hunt Properties, LLC** | **Unknown** % | $ **Unknown** |

20. **Government and corporate bonds and other negotiable and non-negotiable instruments**

*Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
*Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.

☒ No
☐ Yes. Give specific information about them……………………………     Issuer name:

$ _____

21. **Retirement or pension accounts**

*Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans

☒ No
☐ Yes. List each account separately.

Type of account:     Institution name:

$ _____

22. **Security deposits and prepayments**

Your share of all unused deposits you have made so that you may continue service or use from a company
*Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others

☐ No
☒ Yes ………………………………… Institution name or individual:

| 22.1 | **Deposit/Prepayment to Landlord for 2009 Bowman.** | $ **Unknown** |
|---|---|---|

23. **Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)

☒ No
☐ Yes …………………………………     Issuer name and description:

$ _____

24. **Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**

26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).

☒ No
☐ Yes …………………………………     Institution name and description. Separately file the records of any interests.11 U.S.C. § 521(c):

$ _____

**Schedule A/B: Property**
Copyright © Financial Software Solutions, LLC     BlueStylus

Debtor 1    **Jason**          **Duane**          **Hunt**                        Case number *(if known)*_____ **25-10656**
    First Name          Middle Name         Last Name

**25.** **Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**

☒ No

☐ Yes. Describe…………........................                                                                        $ _____

**26.** **Patents, copyrights, trademarks, trade secrets, and other intellectual property**

☒ No

☐ Yes. Describe…………........................                                                                        $ _____

**27.** **Licenses, franchises, and other general intangibles**

☒ No

☐ Yes. Describe…………........................                                                                        $ _____

| Money or property owed to you? | Current value of the portion you own?<br>Do not deduct secured claims or exemptions. |
|---|---|

**28.** **Tax refunds owed to you**

☒ No

☐ Yes.  Give specific information about them, including whether you already filed the returns and the tax years. ….…………..

Federal:     $ _____

State:        $ _____

Local:        $ _____

Copyright © Financial Software Solutions, LLC                          BlueStylus

| Debtor 1 | **Jason** | **Duane** | **Hunt** | Case number *(if known)* | **25-10656** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

**29. Family support**

*Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement

☑ No

☐ Yes. Give specific information ............

| | |
|---|---|
| Alimony: | $_____ |
| Maintenance: | $_____ |
| Support: | $_____ |
| Divorce settlement: | $_____ |
| Property settlement: | $_____ |

**30. Other amounts someone owes you**

☑ No

☐ Yes. Give specific information. ........ $_____

**31. Interests in insurance policies**

☑ No

☐ Yes. Name the insurance company of each policy and list its value ......

Company name: _____  Beneficiary: _____  Surrender or refund value: $_____

**32. Any interest in property that is due you from someone who has died**

☑ No

☐ Yes. Describe…………….…..……… $_____

**33. Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**

☑ No

☐ Yes. Describe…………….…..……… $_____

**34. Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**

☑ No

☐ Yes. Describe…………….…..……… $_____

Copyright © Financial Software Solutions, LLC                                                        BlueStylus

| Debtor 1 | **Jason** | **Duane** | **Hunt** | Case number *(if known)* | **25-10656** |
| --- | --- | --- | --- | --- | --- |
| | First Name | Middle Name | Last Name | | |

**35**. **Any financial assets you did not already list**

☒ No

☐ Yes. Describe………………..……… [                    ] $ _____

36. **Add the dollar value of the portion you own for all of your entries from Part 4, including any entries for pages you have attached for Part 4. Write that number here** ...............................................................................➡ $ _____ 14,110.63

| **Part 5:** | **Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1.** |
| --- | --- |

37. **Do you own or have any legal or equitable interest in any business-related property?**

☒ No. Go to Part 6.

☐ Yes. Go to line 38.

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

38. **Accounts receivable or commissions you already earned**

☒ No

☐ Yes. Describe………………..……… [                    ] $ _____

39. **Office equipment, furnishings, and supplies**

☒ No

☐ Yes. Describe………………..……… [                    ] $ _____

40. **Machinery, fixtures, equipment, supplies you use in business, and tools of your trade**

☒ No

☐ Yes. Describe………………..……… [                    ] $ _____

41. **Inventory**

☒ No

☐ Yes. Describe………………..……… [                    ] $ _____

42. **Interests in partnerships or joint ventures**

☒ No

☐ Yes. Describe ................................  Name of entity:                  % of ownership:

_____        _____ %   $ _____

Copyright © Financial Software Solutions, LLC      BlueStylus

| Debtor 1 | **Jason** | **Duane** | **Hunt** | Case number *(if known)* | **25-10656** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

43. **Customer lists, mailing lists, or other compilations**
- ☒ No
- ☐ Yes. **Do your lists include personally identifiable information** (as defined in 11 U.S.C. § 101(41A))?
  - ☐ No
  - ☐ Yes. Describe……………...

$ _____

44. **Any business-related property you did not already list**
- ☒ No
- ☐ Yes. Give specific information ………

$ _____

45. **Add the dollar value of the portion you own for all of your entries from Part 5, including any entries for pages you have attached for Part 5. Write that number here** ........................................................................➔

$ _____ **0.00**

---

| **Part 6:** | **Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In.** |
|---|---|
| | If you own or have an interest in farmland, list it in Part 1. |

46. **Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**

Current value of the portion you own?

Do not deduct secured claims or exemptions.

- ☒ No. Go to Part 7.
- ☐ Yes. Go to line 47.

47. **Farm animals**
- ☒ No
- ☐ Yes. Describe………….………

$ _____

48. **Crops - either growing or harvested**
- ☒ No
- ☐ Yes. Describe………….………

$ _____

49. **Farm and fishing equipment, implements, machinery, fixtures, and tools of trade**
- ☒ No
- ☐ Yes. Describe………….………

$ _____

Copyright © Financial Software Solutions, LLC

BlueStylus

Debtor 1   **Jason**         **Duane**         **Hunt**                          Case number *(if known)*                    **25-10656**

First Name       Middle Name       Last Name

**50.** **Farm and fishing supplies, chemicals, and feed**

☒ No

☐ Yes. Describe……………..…………    |                          |                    $ _____

**51.** **Any farm- and commercial fishing-related property you did not already list**

☒ No

☐ Yes. Describe……………..…………    |                          |                    $ _____

**52.** **Add the dollar value of all of your entries from Part 6, including any entries for pages you have attached for Part 6. Write that number here** ...................................................................➔  $ _____ 0.00

---

**Part 7:**   **Describe All Property You Own or Have an Interest in That You Did Not List Above**

53. **Do you have other property of any kind you did not already list?**

*Examples:* Season tickets, country club membership

☒ No

☐ Yes. Give specific information………    |                          |                    $ _____ 0.00

54. **Add the dollar value of all of your entries from Part 7. Write that number here** ...................................➔  $ _____ 0.00

Copyright © Financial Software Solutions, LLC                                                              BlueStylus

Debtor 1   **Jason**          **Duane**          **Hunt**                          Case number *(if known)*                    **25-10656**
            First Name          Middle Name         Last Name

| **Part 8:** | **List the Totals of Each Part of this Form** |
|---|---|

55.   **Part 1: Total real estate, line 2** ........................................................................... ➜   $   **4,800,000.00**

56.   **Part 2: Total vehicles, line 5**                                          $                  **0.00**

57.   **Part 3: Total personal and household items, line 15**                    $             **89,500.00**

58.   **Part 4: Total financial assets, line 36**                                $             **14,110.63**

59.   **Part 5: Total business-related property, line 45**                        $                  **0.00**

60.   **Part 6: Total farm- and fishing-related property, line 52**              $                  **0.00**

61.   **Part 7: Total other property not listed, line 54**               **+**   $                  **0.00**

62.   **Total personal property.** Add line 56 through 61…………………   $      **103,610.63**      Copy personal property total ➜  **+** $     **103,610.63**

63.   **Total of all property on Schedule A/B.** Add line 55 + line 62. ..............................   $   **4,903,610.63**

Copyright © Financial Software Solutions, LLC
**Schedule A/B: Property**
BlueStylus

| Fill in this information to identify your case: | | |
|---|---|---|
| Debtor 1 | **Jason**  First Name | **Duane**  Middle Name | **Hunt**  Last Name |
| Debtor 2  (Spouse, if filing) | **Kristin**  First Name | **Nicole**  Middle Name | **Hunt**  Last Name |
| United States Bankruptcy Court for the: **Western District of Texas** | | |
| Case number (If known): **25-10656** | | |

☐ Check if this is an amended filing

## Official Form 106C

# Schedule C: Property You Claim as Exempt
**04/25**

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

**For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.**

| Part 1: | Identify the Property You Claim as Exempt |
|---|---|

1. **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*

   ☐ You are claiming state and federal nonbankruptcy exemptions. 11 U.S.C. § 522(b)(3)

   ☐ You are claiming federal exemptions. 11 U.S.C. § 522(b)(2)

2. **For any property you list on Schedule *A/B* that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own  Copy the value from *Schedule A/B* | Amount of the exemption you claim  *Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| Brief description: **Misc. Household Good & Furnishing - Couches, Tables, Chairs, Beds, Paintings, Rugs, & Gym Equipment.**  Line from *Schedule A/B* **6.1** | $ **30,000.00** | ☐ $ _____  ☑ 100% of fair market value up to any applicable statutory limit | **Tex. Prop. Code § 42.002(a)(1)** |
| Brief description: **Misc. Household Electronics - (4) Televisions and (2) Apple iPods**  Line from *Schedule A/B* **7.1** | $ **10,000.00** | ☐ $ _____  ☑ 100% of fair market value up to any applicable statutory limit | **Tex. Prop. Code § 42.002(a)(1)** |

**Schedule C: The Property You Claim as Exempt**

Copyright © Financial Software Solutions, LLC

| Debtor 1 | **Jason** | **Duane** | **Hunt** | | Case number *(if known)* | **25-10656** |
|---|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | | |

| | | | | | |
|---|---|---|---|---|---|
| Brief description: | **Misc. sporting equipment (kid bikes, kid games, kid toys, basketball goal, and golf clubs)** | $ **4,000.00** | ☑ $ **4,000.00** | **Tex. Prop. Code § 42.002(a)(8)** | |
| Line from *Schedule A/B* | **9.1** | | ☐ 100% of fair market value up to any applicable statutory limit | | |

| | | | | | |
|---|---|---|---|---|---|
| Brief description: | **Misc. Clothes. (Husband, Wife, and child)** | $ **3,000.00** | ☑ $ **3,000.00** | **Tex. Prop. Code § 42.002(a)(5)** | |
| Line from *Schedule A/B* | **11.1** | | ☐ 100% of fair market value up to any applicable statutory limit | | |

| | | | | | |
|---|---|---|---|---|---|
| Brief description: | **Jewelry (Watches, earrings, bracelets, necklaces, and bags/purses.)** | $ **40,000.00** | ☑ $ **40,000.00** | **Tex. Prop. Code § 42.002(a)(6)** | |
| Line from *Schedule A/B* | **12.1** | | ☐ 100% of fair market value up to any applicable statutory limit | | |

| | | | | | |
|---|---|---|---|---|---|
| Brief description: | **Yorkie Dog** | $ **Unknown** | ☐ $ **Unknown** | **Tex. Prop. Code § 42.002(a)(11)** | |
| Line from *Schedule A/B* | **13.1** | | ☐ 100% of fair market value up to any applicable statutory limit | | |

| | | | | | |
|---|---|---|---|---|---|
| Brief description: | **Misc. Tools** | $ **2,500.00** | ☑ $ **2,500.00** | **Tex. Prop. Code § 42.002(a)(4)** | |
| Line from *Schedule A/B* | **14.1** | | ☐ 100% of fair market value up to any applicable statutory limit | | |

3. **Are you claiming a homestead exemption of more than $214,000?**

(Subject to adjustment on 4/01/28 and every 3 years after that for cases filed on or after the date of adjustment.)

☑ No

☐ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?

　☑ No

　☐ Yes

Copyright © Financial Software Solutions, LLC

BlueStylus

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Jason** | **Duane** | **Hunt** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Kristin** | **Nicole** | **Hunt** |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: __Western District of Texas__

Case number (If known): __25-10656__

☑ Check if this is an amended filing

## Official Form 106D

# Schedule D: Creditors Who Have Claims Secured by Property    12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).

1.  **Do any creditors have claims secured by your property?**
    - ☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.
    - ☑ Yes. Fill in all of the information below.

| Part 1: | List All Secured Claims |
|---|---|

2.  **List all secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.  If more than one creditor has a particular claim, list the other creditors in Part 2.  As much as possible, list the claims in alphabetical order according to the creditor's name.

| | | **Column A**<br>Amount of claim<br>Do not deduct the value of collateral. | **Column B**<br>Value of collateral that supports this claim | **Column C**<br>Unsecured portion<br>If any |
|---|---|---|---|---|

| 2.1 | **First United Bank** | Describe the property that secures the claim: | $ 4,600,000.0<br>0 | $ 4,800,000.00 | $ 0.00 |
|---|---|---|---|---|---|

Creditor's Name

**1400 West Main Street**
Number   Street

**Durant          OK    74701**
City          State   Zip Code

**Describe the property that secures the claim:**

> **3204 Greenlee Dr., Austin, TX 78703**

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Additional Information:**

> **Construction Location: 3204 Greenlee Mortgage**

**Who owes the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☑ **Check if this claim relates to a community debt**

Date debt was incurred _____

**Nature of Lien.** Check all that apply.
- ☑ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgement lien from a lawsuit
- ☑ Other (including a right to offset) __Construction Loan__

Last 4 digits of account number **5922**

**Note:**

Copyright © Financial Software Solutions, LLC                    BlueStylus

| Debtor 1 | **Jason** | **Duane** | **Hunt** | Case number *(if known)* | **25-10656** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

| 2.2 | **McCoys** | Describe the property that secures the claim: | $ __101,865.00__ $ __4,800,000.00__ $ __0.00__ |
|---|---|---|---|

**McCoys**
Creditor's Name

**P.O. Box 1028**
Number   Street

**San Marcos**      **TX**    **78667**
City               State  Zip Code

Describe the property that secures the claim:

**3204 Greenlee Dr., Austin, TX 78703**

$ __101,865.00__  $ __4,800,000.00__  $ __0.00__

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Additional Information:**

**Construction Location: 3204 Greenlee Drive**

**Who owes the debt?** Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim relates to a community debt**

**Date debt was incurred** _____

**Nature of Lien.** Check all that apply.
☒ An agreement you made (such as mortgage or secured car loan)
☒ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgement lien from a lawsuit
☒ Other (including a right to offset)  **Supplier** _____

**Last 4 digits of account number** _____

**Note:**

| Add the dollar value of your entries in Column A on this page. Write that number here: | **5,700,895.3** $ _____ **6** |
|---|---|

| Debtor 1 | **Jason** | **Duane** | **Hunt** | Case number *(if known)* | **25-10656** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

## Part 2: List Others to Be Notified for a Debt That You Already Listed

Use this page only if you have others to be notified about your bankruptcy for a debt that you already listed in Part 1. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the creditor in Part 1, and then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Part 1, list the additional creditors here. If you do not have additional persons to be notified for any debts in Part 1, do not fill out or submit this page.

**Barrett Daffin Frappier Turner & Engel, LLC**
Name

**1900 St. James Place Suite 500**
Number        Street

**Houston**                          **TX**        **77056**
City                                State      Zip Code

On which line in Part 1 did you enter the creditor?   **2.3**

Last 4 digits of account number   **5922**

---

Copyright © Financial Software Solutions, LLC    BlueStylus

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | Jason | Duane | Hunt |
| | First Name | Middle Name | Last Name |
| Debtor 2 | Kristin | Nicole | Hunt |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: __Western District of Texas__

Case number (*if known*):     __25-10656__

☑ Check if this is an
   amended filing

## Official Form 106E/F

# Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

**Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on** *Schedule A/B: Property* **(Official Form 106A/B) and on** *Schedule G: Executory Contracts and Unexpired Leases* **(Official Form 106G). Do not include any creditors with partially secured claims that are listed in** *Schedule D: Creditors Who Have Claims Secured by Property***. If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. On the top of any additional pages, write your name and case number (if known).**

| Part 1: | List All of Your PRIORITY Unsecured Claims |
|---|---|

1. **Do any creditors have claims secured by your property?**
    - ☑ No. Go to Part 2.
    - ☐ Yes.

2. **List all of your priority unsecured claims.** If a creditor has more than one priority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. If a claim has both priority and nonpriority amounts, list that claim here and show both priority and nonpriority amounts. As much as possible, list the claims in alphabetical order according to the creditor's name. If you have more than two priority unsecured claims, fill out the Continuation Page of Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.

   (For an explanation of each type of claim, see the instructions for this form in the instruction booklet.)

| | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|

Copyright © Financial Software Solutions, LLC          BlueStylus

| Debtor 1 | **Jason** | **Duane** | **Hunt** | Case number *(if known)* | **25-10656** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

| **Part 2:** | **List All of Your NONPRIORITY Unsecured Claims** |
|---|---|

**3.**     **Do any creditors have nonpriority unsecured claims against you?**

☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.

☑ Yes.

**4.**     **List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.** If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3. If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

| | Total claim |
|---|---|

**3.1**

| **Alpaca Funding LLC** | Last 4 digits of account number _____ | $ **264,000.00** |
|---|---|---|
| Nonpriority Creditor's Name | | |

**266 Broadway, Suite 401**
Number     Street

**When was the debt incurred?** _____

**Brooklyn**     **NY**     **11211**
City     State     Zip Code

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who incurred the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify _____

☐ Check if this claim relates to a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

**Description:**

Note:

**3.2**

| **American Express Gold** | Last 4 digits of account number **1018** | $ **17,500.00** |
|---|---|---|
| Nonpriority Creditor's Name | | |

**200 Vesey Street**
Number     Street

**When was the debt incurred?** _____

**New York**     **NY**     **10285**
City     State     Zip Code

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☑ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify **Kristin Hunt - Personal Credit Card**

☐ Check if this claim relates to a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

**Description:**

Note:

Copyright © Financial Software Solutions, LLC     BlueStylus

| Debtor 1 | **Jason** | **Duane** | **Hunt** | Case number *(if known)* | **25-10656** |
| | First Name | Middle Name | Last Name | | |

---

| **3.3** | | |
|---|---|---|

**American Express Platinum**
Nonpriority Creditor's Name

**200 Vesey Street**
Number     Street

**New York          NY    10285**
City          State    Zip Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim relates to a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Last 4 digits of account number    1006**                $        18,000.00

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify    **Jason - Personal Credit Card**

**Description:**

**Note:**

---

| **3.4** | | |
|---|---|---|

**Balcones Asset Holdings LLC**
Nonpriority Creditor's Name

**2083 N. Collins Blvd. Ste. 200**
Number     Street

**Richardson          TX    75080**
City          State    Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim relates to a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Last 4 digits of account number** _____        $     2,089,000.00

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify _____

**Description:**

**Note:**

---

Copyright © Financial Software Solutions, LLC                    BlueStylus

| Debtor 1 | **Jason** | **Duane** | **Hunt** | Case number *(if known)* | **25-10656** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

---

**3.5**

**Celtic Advance**
Nonpriority Creditor's Name

**8 The Green, Suite A**
Number    Street

**Dover**                    **DE**    **19901**
City                    State    Zip Code

**Who incurred the debt?** Check one.
- ☒ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ **Check if this claim relates to a community debt**

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

**Last 4 digits of account number** _____    $    **331,404.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify _____

**Description:**

**Note:**

---

**3.6**

**Divvy / Bill CC Service**
Nonpriority Creditor's Name

**6220 America Center Drive, Suite 100**
Number    Street

**Alviso**                    **CA**    **95002**
City                    State    Zip Code

**Who incurred the debt?** Check one.
- ☒ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ **Check if this claim relates to a community debt**

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

**Last 4 digits of account number** _____    $    **77,454.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☒ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify _____

**Description:**

**Note:**

---

Copyright © Financial Software Solutions, LLC                                                                                                    BlueStylus

| Debtor 1 | **Jason** | **Duane** | **Hunt** | | Case number *(if known)* | **25-10656** |
|---|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | | |

---

| 3.7 | **First Home Bank** | | Last 4 digits of account number | | | $ | **150,000.00** |

**First Home Bank**
Nonpriority Creditor's Name

**9190 Seminole Blvd.**
Number        Street

**Seminole          FL      33772**
City                State   Zip Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim relates to a community debt**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Note:**

**Last 4 digits of account number** _____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify _____

**Description:**

**PG on Business Loan**

---

| 3.8 | **First National Bank of Sonora Texas** | | Last 4 digits of account number | | | $ | **278,789.00** |

**First National Bank of Sonora Texas**
Nonpriority Creditor's Name

**102 E Main Street**
Number        Street

**Sonora            TX      76950**
City                State   Zip Code

**Who incurred the debt?** Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim relates to a community debt**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Note:**

**Last 4 digits of account number** _____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify _____

**Description:**

---

Copyright © Financial Software Solutions, LLC
BlueStylus

Debtor 1   **Jason**       **Duane**       **Hunt**       Case number *(if known)*   **25-10656**

First Name       Middle Name       Last Name

---

| **3.9** | **Five Star Bank** | Last 4 digits of account number _____ | $ 192,070.00 |
|---|---|---|---|

Nonpriority Creditor's Name

When was the debt incurred? _____

**2240 Douglas Blvd., Ste. 100**

Number    Street

As of the date you file, the claim is: Check all that apply.

☐ Contingent

**Roseville**     **CA**     **95661**

☐ Unliquidated

City      State     Zip Code

☐ Disputed

**Who incurred the debt?** Check one.

**Type of NONPRIORITY unsecured claim:**

☑ Debtor 1 only

☐ Student loans

☐ Debtor 2 only

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debtor 1 and Debtor 2 only

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ At least one of the debtors and another

☑ Other. Specify _____

☐ **Check if this claim relates to a community debt**

**Is the claim subject to offset?**

**Description:**

☑ No

☐ Yes

**Note:**

---

| **3.10** | **Itria Ventures, LLC** | Last 4 digits of account number _____ | $ 1,652,696.18 |
|---|---|---|---|

Nonpriority Creditor's Name

When was the debt incurred? _____

**1 Penn Plaza, Suite 3101**

Number    Street

As of the date you file, the claim is: Check all that apply.

☐ Contingent

**New York**     **NY**     **10119**

☐ Unliquidated

City      State     Zip Code

☐ Disputed

**Who incurred the debt?** Check one.

**Type of NONPRIORITY unsecured claim:**

☑ Debtor 1 only

☐ Student loans

☐ Debtor 2 only

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debtor 1 and Debtor 2 only

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ At least one of the debtors and another

☑ Other. Specify _____

☐ **Check if this claim relates to a community debt**

**Is the claim subject to offset?**

**Description:**

☑ No

**PG on MCA loans for business.**

☐ Yes

**Note:**

---

| Debtor 1 | **Jason** | **Duane** | **Hunt** | Case number *(if known)* | **25-10656** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

---

**3.11**

**JPMorgan Chase Bank Credit Card**
Nonpriority Creditor's Name

**270 Park Avenue**
Number      Street

**New York          NY    10017**
City          State    Zip Code

**Who incurred the debt?** Check one.
- ☒ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ Check if this claim relates to a community debt

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

Last 4 digits of account number    **9911**          $      **34,500.00**

When was the debt incurred?  _____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify    **Credit Card**

Description:

**Jason Hunt Credit Card & Kristin Hunt as Co-Guarantor**

**Note:**

---

**3.12**

**Loan Ranger Capital Investments REIT, LLC**
Nonpriority Creditor's Name

**c/o Loan Ranger Capital, LLC 5000 Plaza on the Lake, Suite 180**
Number      Street

**Austin          TX    78746**
City          State    Zip Code

**Who incurred the debt?** Check one.
- ☒ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ Check if this claim relates to a community debt

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

Last 4 digits of account number    _____    $    **5,298,000.00**

When was the debt incurred?  _____

**As of the date you file, the claim is:** Check all that apply.
- ☒ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify    _____

Description:

**Note:**

---

| Debtor 1 | **Jason** | **Duane** | **Hunt** | Case number *(if known)* | **25-10656** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

---

**3.13**

**Mastercard Credit Card**
Nonpriority Creditor's Name

**2000 Purchase Street**
Number     Street

**Purchase            NY     10577**
City                   State   Zip Code

**Who incurred the debt?** Check one.
- ☒ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ **Check if this claim relates to a community debt**

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

**Note:**

**Last 4 digits of account number     4547**              $     6,500.00

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify    **Jason Hunt Credit Card**

**Description:**

---

**3.14**

**Mastercard Personal**
Nonpriority Creditor's Name

**2000 Purchase Street**
Number     Street

**Purchase            NY     10577**
City                   State   Zip Code

**Who incurred the debt?** Check one.
- ☒ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ **Check if this claim relates to a community debt**

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

**Note:**

**Last 4 digits of account number     3933**              $     75,000.00

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify    **Jason Hunt Credit Card**

**Description:**

**Jason Hunt Credit Card, Kristin Hunt as Co-Guarantor**

---

| Debtor 1 | **Jason** | **Duane** | **Hunt** | Case number *(if known)* | **25-10656** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

---

| **3.15** | | |
|---|---|---|

**Newtek**
Nonpriority Creditor's Name

**4800 T-Rex Avenue, Suite 120**
Number        Street

**Boca Raton        FL        33431**
City        State        Zip Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☒ At least one of the debtors and another

☐ Check if this claim relates to a community debt

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

**Last 4 digits of account number** _____        $ **3,000,000.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify _____

**Description:**

| Personal Guaranty on SBA Loan for business |
|---|

**Note:**

---

| **3.16** | | |
|---|---|---|

**Patmos Capital Partners, LLC**
Nonpriority Creditor's Name

**6543 Sunnyland Ln**
Number        Street

**Dallas        TX        75214**
City        State        Zip Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☒ Debtor 1 and Debtor 2 only
- ☒ At least one of the debtors and another

☐ Check if this claim relates to a community debt

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

**Last 4 digits of account number** _____        $ **2,700,000.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☒ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify _____

**Description:**

| Personal Guaranty on Business Loan |
|---|

**Note:**

---

Debtor 1    **Jason**     **Duane**      **Hunt**       Case number *(if known)* __25-10656__

          First Name       Middle Name       Last Name

---

**3.17**    **Planet Home Lending**          **Last 4 digits of account number** _____    $      **350,000.00**

Nonpriority Creditor's Name

                                          **When was the debt incurred?** _____

**P.O. Box 1001**

Number     Street                **As of the date you file, the claim is:** Check all that apply.

                                  ☐ Contingent

**Meriden**     **CT**    **06450**       ☐ Unliquidated

City        State    Zip Code        ☐ Disputed

**Who incurred the debt?** Check one.        **Type of NONPRIORITY unsecured claim:**

☑ Debtor 1 only                     ☐ Student loans

☐ Debtor 2 only                     ☐ Obligations arising out of a separation agreement or divorce that

☐ Debtor 1 and Debtor 2 only         you did not report as priority claims

☐ At least one of the debtors and another    ☐ Debts to pension or profit-sharing plans, and other similar debts

                                   ☑ Other. Specify _____

☐ **Check if this claim relates to a community debt**

**Is the claim subject to offset?**        **Description:**

☑ No

☐ Yes

**Note:**

---

**3.18**    **Ramp CC Service**           **Last 4 digits of account number** _____    $      **238,324.00**

Nonpriority Creditor's Name

                                          **When was the debt incurred?** _____

**28 West 23rd Street, Floor 2**

Number     Street                **As of the date you file, the claim is:** Check all that apply.

                                  ☐ Contingent

**New York**     **NY**    **10010**       ☐ Unliquidated

City        State    Zip Code        ☐ Disputed

**Who incurred the debt?** Check one.        **Type of NONPRIORITY unsecured claim:**

☑ Debtor 1 only                     ☐ Student loans

☐ Debtor 2 only                     ☐ Obligations arising out of a separation agreement or divorce that

☐ Debtor 1 and Debtor 2 only         you did not report as priority claims

☐ At least one of the debtors and another    ☐ Debts to pension or profit-sharing plans, and other similar debts

                                   ☑ Other. Specify _____

☐ **Check if this claim relates to a community debt**

**Is the claim subject to offset?**        **Description:**

☑ No

☐ Yes

**Note:**

---

Copyright © Financial Software Solutions, LLC                                           BlueStylus

Debtor 1    **Jason**              **Duane**                **Hunt**                                    Case number *(if known)*    **25-10656**
_____  _____  _____
First Name          Middle Name                Last Name

---

| 3.19 |

**RHO CC Service**
_____
Nonpriority Creditor's Name

**100 Crosby Street**
_____
Number     Street

**New York           NY    10012**
_____
City              State    Zip Code

**Who incurred the debt?** Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another

- [ ] **Check if this claim relates to a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number** _____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify _____

**Description:**

$                159,998.00

**Note:**

---

| 3.20 |

**Square Advance**
_____
Nonpriority Creditor's Name

**90 E Halsey Rd.**
_____
Number     Street

**Parsippany        NJ    07054**
_____
City              State    Zip Code

**Who incurred the debt?** Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another

- [ ] **Check if this claim relates to a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number** _____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify _____

**Description:**

**Personal Guaranty on Business MCA Loan.**

$                 90,179.00

**Note:**

---

| Debtor 1 | **Jason** | **Duane** | **Hunt** | Case number *(if known)* | **25-10656** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

---

**3.21**

**The Home Depot - Project Credit Line**
Nonpriority Creditor's Name

**2455 Paces Ferry Road NW**

Number        Street

**Atlanta**              **GA**      **30339**

City                    State    Zip Code

**Who incurred the debt?** Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim relates to a community debt

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number** _____        $      **151,437.95**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify _____

**Description:**

**Personal Guaranty on Business Loan/CC.**

**Note:**

---

**3.22**

**The Huntington National Bank**
Nonpriority Creditor's Name

**c/o Gislason & Hunter, LLP**
**Attn: Michael Sherwood Dove**
**2700 South Broadway**
**P.O. Box 458**

Number        Street

**New Ulm**              **MN**      **56073-0458**

City                    State    Zip Code

**Who incurred the debt?** Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim relates to a community debt

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number** _____        $      **154,287.77**

**When was the debt incurred?**    **02/24/2025**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☒ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify    **Pending Lawsuit in Minnesota**

**Description:**

**Note:**

---

Copyright © Financial Software Solutions, LLC
BlueStylus

| Debtor 1 | **Jason** | **Duane** | **Hunt** | Case number *(if known)* | **25-10656** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

---

**3.23**

**Timeless Funding, LLC**
Nonpriority Creditor's Name

**5014 16th Avenue, Ste. 124**
Number     Street

**Brooklyn          NY     11219**
City              State   Zip Code

**Who incurred the debt?** Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim relates to a community debt**

**Is the claim subject to offset?**
☒ No
☐ Yes

Last 4 digits of account number _____     $        2,194,608.00

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify _____

**Description:**

Note:

---

**3.24**

**Zions Bancorporation, NA d/b/a Amegy Ban**
Nonpriority Creditor's Name

**3342 Bee Cave Rd.**
Number     Street

**Austin          TX     78746**
City              State   Zip Code

**Who incurred the debt?** Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim relates to a community debt**

**Is the claim subject to offset?**
☒ No
☐ Yes

Last 4 digits of account number _____     $         262,408.78

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☒ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify _____

**Description:**

Note:

---

| **Part 3:** | **List Others to Be Notified for a Debt That You Already Listed** |
|---|---|

5.  Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional persons to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.

---

Copyright © Financial Software Solutions, LLC                                                                    BlueStylus

| Debtor 1 | **Jason** | **Duane** | **Hunt** | Case number *(if known)* | **25-10656** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

**Amegy Bank, a division of Zions Bancorporation, N.A.**
Name

**On which line in Part 1 or Part 2 did you enter the creditor?**

**Attn: Andrew Johnston, SVP 1717 West Loop South, 21th Floor**
Number          Street

Line   **3.24**   of (*Check one*):  ☐ Part 1: Creditors with Priority Unsecured Claims
                                     ☑ Part 2: Creditors with Nonpriority Unsecured Claims

**Houston**          **TX**      **77027**
City                State     Zip Code

**Last 4 digits of account number**   _____

---

**Flume Law Firm, LLP**
Name

**On which line in Part 1 or Part 2 did you enter the creditor?**

**10127 Morocco St., Suite 137**
Number          Street

Line   **3.8**   of (*Check one*):  ☐ Part 1: Creditors with Priority Unsecured Claims
                                    ☑ Part 2: Creditors with Nonpriority Unsecured Claims

**San Antonio**      **TX**      **78216**
City                State     Zip Code

**Last 4 digits of account number**   _____

---

**Terrazas PLLC**
Name

**On which line in Part 1 or Part 2 did you enter the creditor?**

**1001 S. Capital of Texas Hwy. Bldg. L, Suite 250**
Number          Street

Line   **3.16**   of (*Check one*):  ☐ Part 1: Creditors with Priority Unsecured Claims
                                     ☑ Part 2: Creditors with Nonpriority Unsecured Claims

**Austin**          **TX**      **78746**
City                State     Zip Code

**Last 4 digits of account number**   _____

---

| Debtor 1 | **Jason** | **Duane** | **Hunt** | Case number *(if known)* | **25-10656** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

## Part 4: Add the Amounts for Each Type of Unsecured Claim

6. Total the amounts of certain types of unsecured claims. This information is for statistical reporting purposes only. 28 U.S.C. § 159. Add the amounts for each type of unsecured claim.

|  |  |  | **Total claim** |
|---|---|---|---|
| **Total claims from Part 1** | 6a. | **Domestic support obligations** | 6a. $ 0.00 |
| | 6b. | **Taxes and certain other debts you owe the government** | 6b. $ 0.00 |
| | 6c. | **Claims for death or personal injury while you were intoxicated** | 6c. $ 0.00 |
| | 6d. | **Other.** Add all other priority unsecured claims. Write that amount here. | 6d. + $ 0.00 |
| | 6e. | **Total.** Add lines 6a through 6d. | 6e. $ 0.00 |

|  |  |  | **Total claim** |
|---|---|---|---|
| **Total claims from Part 2** | 6f. | **Student loans** | 6f. $ 0.00 |
| | 6g. | **Obligations arising out of a separation agreement or divorce that you did not report as priority claims** | 6g. $ 0.00 |
| | 6h. | **Debts to pension or profit sharing plans, and other similar debts** | 6h. $ 0.00 |
| | 6i. | **Other.** Add all other nonpriority unsecured claims. Write that amount here. | 6i. + $ 19,786,156.68 |
| | 6j. | **Total.** Add lines 6f through 6i. | 6j. $ 19,786,156.68 |

Copyright © Financial Software Solutions, LLC        BlueStylus

| Fill in this information to identify your case: | | |
|---|---|---|
| Debtor 1 | **Jason** | **Duane** | **Hunt** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Kristin** | **Nicole** | **Hunt** |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **Western District of Texas**

Case number (*if known*):    **25-10656**

☐ Check if this is an
amended filing

## Official Form 106G

# Schedule G: Executory Contracts and Unexpired Leases

**12/15**

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the additional page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).

1.  **Do you have any executory contracts or unexpired leases?**

    ☐ No. Check this box and file this form with the court with your other schedules. You have nothing else to report on this form.

    ☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Property* (Official Form 106A/B).

2.  **List separately each person or company with whom you have the contract or lease. Then state what each contract or lease is for (for example, rent, vehicle lease, cell phone).** See the instructions for this form in the instruction booklet for more examples of executory contracts and unexpired leases.

| | Person or company with whom you have the contract or lease | State what the contract or lease is for |
|---|---|---|
| 2.1 | **Anna Wascher**<br>Name<br><br>**2009 Bowman Ave.**<br>Number     Street<br><br>**Austin**          **TX**     **78703**<br>City               State   Zip Code | Lease for residential property. |

Copyright © Financial Software Solutions, LLC
BlueStylus

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Jason** | **Duane** | **Hunt** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Kristin** | **Nicole** | **Hunt** |
| | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: __Western District of Texas__

Case number (*if known*): __25-10656__

☐ Check if this is an amended filing

## Official Form 106H

# Schedule H: Your Codebtors

12/15

Codebtors are people or entities who are also liable for any debts you may have. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, and number the entries in the boxes on the left. Attach the Additional Page to this page. On the top of any Additional Pages, write your name and case number (if known). Answer every question.

1. **Do you have any codebtors?** (If you are filing a joint case, do not list either spouse as a codebtor.)
   ☐ No
   ☑ Yes

2. **Within the last 8 years, have you lived in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)
   ☐ No. Go to line 3.
   ☑ Yes. Did your spouse, former spouse, or legal equivalent live with you at the time?

   ☐ No. Go to line 3.
   ☑ Yes. In which community state or territory did you live? __Texas_____ . Fill in the name and current address of that person.

   __Unknown__
   Name of your spouse, former spouse, or legal equivalent

   __Unknown__
   Number          Street

   __Austin__                                                    __TX__    __78701__
   City                                                          State    Zip Code

3. **In Column 1, list all of your codebtors. Do not include your spouse as a codebtor if your spouse is filing with you. List the person shown in line 2 again as a codebtor only if that person is a guarantor or cosigner. Make sure you have listed the creditor on *Schedule D* (Official Form 106D), *Schedule E/F* (Official Form 106E/F), or *Schedule G* (Official Form 106G). Use *Schedule D, Schedule E/F, or Schedule G* to fill out Column 2.**

| Column 1: **Your codebtor** | Column 2: The creditor to whom you owe the debt |
|---|---|
| | Check all schedules that apply: |
| **3.1**    **JD Hunt Custom Homes, Inc.**<br>Name | ☑ Schedule D, line    **2.2**<br>                     **3.16, 3.15,**<br>                     **3.10, 3.7,**<br>☑ Schedule E/F, line    **3.20**<br>☐ Schedule G, line    _____ |
| **2414 Exposition Blvd.**<br>Number          Street | |
| **Austin**         **TX**    **78703**<br>City               State    Zip Code | **High-end home construction company founded by Jason and Kristin Hunt.** |

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Jason** | **Duane** | **Hunt** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Kristin** | **Nicole** | **Hunt** |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **Western District of Texas**

Case number **25-10656**
(If known)

Check if this is:

☐ An amended filing

☐ A supplement showing postpetition chapter 13 income as of the following date:

_____
MM/DD/YYYY

## Official Form 106I

# Schedule I: Your Income

12/15

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

| Part 1: | Describe Employment |
|---|---|

1. **Fill in your employment Information.**

   If you have more than one job, attach a separate page with information about additional employers.

   Include part-time, seasonal, or self-employed work.

   Occupation may include student or homemaker, if it applies.

| | | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|---|
| Employment status | | ☑ Employed | ☑ Employed |
| | | ☐ Not employed | ☐ Not employed |
| Occupation | | **President/Owner** | **Vice President/Owner** |
| Employer's name | | **JD Hunt Custom Homes, Inc.** | **JD Hunt Custom Homes, Inc.** |
| Employer's address | | **2414 Exposition Blvd., Suite D210** | **2414 Exposition Blvd., Suite D210** |
| | | Number      Street | Number      Street |
| | | **Austin            TX     78703** | **Austin            TX     78703** |
| | | City              State  Zip Code | City              State  Zip Code |
| How long employed there? | | **13 Years** | **13 Years** |

| Debtor 1 | **Jason** | **Duane** | **Hunt** | | Case number *(if known)* | **25-10656** |
|---|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | | |

---

**Part 2:**   **Give Details About Monthly Income**

**Estimate monthly income as of the date you file this form.** If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

|  |  |  | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| 2. | List monthly gross wages, salary, and commissions (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | 2. | $ 6,250.00 | $ 3,125.00 |
| 3. | Estimate and list monthly overtime pay. | 3. | + $ 0.00 | + $ 0.00 |
| 4. | Calculate gross income. Add line 2 + line 3. | 4. | $ 6,250.00 | $ 3,125.00 |
|  | Copy line 4 here ............................................................➔ | 4. | $ 6,250.00 | $ 3,125.00 |
| 5. | List all payroll deductions: | | | |
|  | 5a. Tax, Medicare, and Social Security deductions | 5a. | $ 720.07 | $ 301.30 |
|  | 5b. Mandatory contributions for retirement plans | 5b. | $ 0.00 | $ 0.00 |
|  | 5c. Voluntary contributions for retirement plans | 5c. | $ 0.00 | $ 0.00 |
|  | 5d. Required repayments of retirement fund loans | 5d. | $ 0.00 | $ 0.00 |
|  | 5e. Insurance | 5e. | $ 0.00 | $ 0.00 |
|  | 5f. Domestic support obligations | 5f. | $ 0.00 | $ 0.00 |
|  | 5g. Union dues | 5g. | $ 0.00 | $ 0.00 |
|  | 5h. Other deductions. Specify: _____ | 5h. | + $ 0.00 | + $ 0.00 |
| 6. | Add the payroll deductions. Add lines 5a + 5b + 5c + 5d + 5e + 5f + 5g + 5h. | 6. | $ 720.07 | $ 301.30 |
| 7. | Calculate total monthly take home pay. Subtract line 6 from line 4. | 7. | $ 5,529.93 | $ 2,823.70 |
| 8. | List all other income regularly received. | | | |
|  | 8a. Net income from rental property and from operating a business, profession, or farm | | | |
|  | Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. | 8a. | $ 0.00 | $ 0.00 |
|  | 8b. Interest and dividends | 8b. | $ 0.00 | $ 0.00 |
|  | 8c. Family support payments that you, a non-filing spouse, or a dependent regularly receive | | | |
|  | Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. | 8c. | $ 0.00 | $ 0.00 |
|  | 8d. Unemployment compensation | 8d. | $ 0.00 | $ 0.00 |
|  | 8e. Social Security | 8e. | $ 0.00 | $ 0.00 |

Copyright © Financial Software Solutions, LLC

BlueStylus

| Debtor 1 | **Jason** | **Duane** | **Hunt** | | Case number *(if known)* | **25-10656** |
|---|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | | |

8f. **Other government assistance that you regularly receive**

Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies.

| | | | | | |
|---|---|---|---|---|---|
| Specify: _____ | 8f. | $ | **0.00** | $ | **0.00** |
| 8g. **Pension or retirement income** | 8g. | $ | **0.00** | $ | **0.00** |
| 8h. **Other monthly income.** Specify: _____ | 8h. + | $ | **0.00** | + $ | **0.00** |

9. **Add all other income.** Add lines 8a + 8b + 8c + 8d + 8e + 8f + 8g + 8h.  9.  $ **0.00**   $ **0.00**

10. **Calculate monthly income.** Add line 7 + line 9.
Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse.  10.  $ **5,529.93** + $ **2,823.70** = $ **8,353.63**

11. **State all other regular contributions to the expenses that you list in** *Schedule J.*

Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.

Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in *Schedule J.*

Specify: _____  11. + $ **0.00**

12. **Add the amount in the last column of line 10 to the amount in line 11.** The result is the combined monthly income.
Write that amount on the *Summary of Your Assets and Liabilities and Certain Statistical Information,* if it applies  12.  $ **8,353.63**

**Combined monthly income**

13. **Do you expect an increase or decrease within the year after you file this form?**

☐ No.

☒ Yes. Explain:  **I expect to increase our personal wages because otherwise we have to take owner draws from the company to pay personal monthly expenses.**

Copyright © Financial Software Solutions, LLC                                              BlueStylus

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Jason** | **Duane** | **Hunt** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Kristin** | **Nicole** | **Hunt** |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **Western District of Texas**

Case number **25-10656**
(If known):

Check if this is:

☐ An amended filing

☐ A supplement showing postpetition chapter 13 expenses as of the following date:

_____
MM/DD/YYYY

## Official Form 106J

# Schedule J: Your Expenses

**12/15**

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1:  Describe Your Household

1. **Is this a joint case?**

   ☐ No. Go to line 2.

   ☒ Yes. **Does Debtor 2 live in a separate household?**

       ☐ No

       ☒ Yes. Debtor 2 must file Official Form 106J-2, *Expenses for Separate Household of Debtor 2.*

2. **Do you have dependents?**

   Do not list Debtor 1 and Debtor 2.

   Do not state the dependents' names.

   ☐ No

   ☒ Yes. Fill out this information for each dependent......................

   | Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
   |---|---|---|
   | **Jensen** | **6** | ☐ No ☒ Yes |

3. **Do your expenses include expenses of people other than yourself and your dependents?**

   ☒ No
   ☐ Yes

| Debtor 1 | **Jason** | **Duane** | **Hunt** | Case number *(if known)* | **25-10656** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

---

| **Part 2:** | **Estimate Your Ongoing Monthly Expenses** |
|---|---|

**Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date.**

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form 106I.)

| | | | **Your expenses** |
|---|---|---|---|
| 4. | **The rental or home ownership expenses for your residence.** Include first mortgage payments and any rent for the ground or lot. | 4. | $ 5,000.00 |
| | **If not included in line 4:** | | |
| 4a. | Real estate taxes | 4a. | $ 0.00 |
| 4b. | Property, homeowner's, or renter's insurance | 4b. | $ 0.00 |
| 4c. | Home maintenance, repair, and upkeep expenses | 4c. | $ 0.00 |
| 4d. | Homeowner's association or condominium dues | 4d. | $ 0.00 |
| 5. | **Additional mortgage payments for your residence,** such as home equity loans | 5. | $ 0.00 |
| 6. | **Utilities:** | | |
| 6a. | Electricity, heat, natural gas | 6a. | $ 500.00 |
| 6b. | Water, sewer, garbage collection | 6b. | $ 200.00 |
| 6c. | Telephone, cell phone, Internet, satellite, and cable services | 6c. | $ 100.00 |
| 6d. | Other. Specify: | 6d. | $ 0.00 |
| 7. | **Food and housekeeping supplies** | 7. | $ 1,500.00 |
| 8. | **Childcare and children's education costs** | 8. | $ 3,000.00 |
| 9. | **Clothing, laundry, and dry cleaning** | 9. | $ 200.00 |
| 10. | **Personal care products and services** | 10. | $ 150.00 |
| 11. | **Medical and dental expenses** | 11. | $ 2,000.00 |
| 12. | **Transportation.** Include gas, maintenance, bus or train fare. Do not include car payments. | 12. | $ 1,000.00 |
| 13. | **Entertainment, clubs, recreation, newspapers, magazines, and books** | 13. | $ 1,000.00 |
| 14. | **Charitable contributions and religious donations** | 14. | $ 50.00 |
| 15. | **Insurance.** Do not include insurance deducted from your pay or included in lines 4 or 20. | | |
| 15a. | Life insurance | 15a. | $ 0.00 |
| 15b. | Health insurance | 15b. | $ 0.00 |
| 15c. | Vehicle insurance | 15c. | $ 0.00 |
| 15d. | Other insurance. Specify: | 15d. | $ 0.00 |
| 16. | **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20. Specify: | 16. | $ 0.00 |

Copyright © Financial Software Solutions, LLC

BlueStylus

| Debtor 1 | **Jason** | **Duane** | **Hunt** | Case number *(if known)* | **25-10656** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

**17. Installment or lease payments:**

| | | |
|---|---|---|
| 17a. Car payments for Vehicle 1 | 17a. $ | **0.00** |
| 17b Car payments for Vehicle 2 | 17b. $ | **0.00** |
| 17c. Other. Specify: _____ | 17c. $ | **0.00** |
| 17d. Other. Specify: _____ | 17d. $ | **0.00** |

**18. Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, *Schedule I, Your Income* (Official Form 106I).**   18. $ **0.00**

**19. Other payments you make to support others who do not live with you.**

Specify: **0**   19. $ **0.00**

**20. Other real property expenses not included in lines 4 or 5 of this form or on *Schedule I: Your Income.***

| | | |
|---|---|---|
| 20a. Mortgages on other property | 20a. $ | **0.00** |
| 20b. Real estate taxes | 20b. $ | **0.00** |
| 20c. Property, homeowner's or renter's insurance | 20c. $ | **0.00** |
| 20d. Maintenance, repair, and upkeep expenses | 20d. $ | **0.00** |
| 20e. Homeowner's association or condominium dues | 20e. $ | **0.00** |

**21. Other.** Specify: _____   21. **+** $ **0.00**

**22. Calculate your monthly expenses.**

| | | |
|---|---|---|
| 22a. Add lines 4 through 21. | 22a. $ | **14,700.00** |
| 22b. Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2 | 22b. $ | **0.00** |
| 22c. Add line 22a and 22b. The result is your monthly expenses. | 22c. $ | **14,700.00** |

**23. Calculate your monthly net income.**

| | | |
|---|---|---|
| 23a. Copy line 12 (*your combined monthly income*) from *Schedule I.* | 23a. $ | **8,353.63** |
| 23b. Copy your monthly expenses from line 22c above. | 23b. **–** $ | **14,700.00** |
| 23c. Subtract your monthly expenses from your monthly income. The result is your *monthly net income.* | 23c. $ | **-6,346.37** |

**24. Do you expect an increase or decrease in your expenses within the year after you file this form?**

For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

☒ No.

☐ Yes. Explain here:

Copyright © Financial Software Solutions, LLC

BlueStylus

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Jason** | **Duane** | **Hunt** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Kristin** | **Nicole** | **Hunt** |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: __Western District of Texas__

Case number   **25-10656**
(If known):

☑ Check if this is an amended filing

## Official Form 106Dec

# Declaration About an Individual Debtor's Schedules                    12/15

If two married people are filing together, both are equally responsible for supplying correct information.

You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Part 1:   Sign Below

**Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?**

☑ No

☐ Yes.   Name of person _____   Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

**Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.**

| | |
|---|---|
| ✗ /s/ Jason Duane Hunt | ✗ /s/ Kristin Nicole Hunt |
| Signature of Debtor 1 | Signature of Debtor 2 |
| Date   6/16/2025 | Date   6/16/2025 |
| MM/DD/YYYY | MM/DD/YYYY |

Copyright © Financial Software Solutions, LLC                                                              BlueStylus

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Jason** | **Duane** | **Hunt** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Kristin** | **Nicole** | **Hunt** |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: __Western District of Texas__

Case number (*if known*):  __25-10656__

☑ Check if this is an amended filing

## Official Form 107

# Statement of Financial Affairs for Individuals Filing for Bankruptcy                04/25

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:   Give Details About Your Marital Status and Where You Lived Before

1. **What is your current marital status?**
   - ☑ Married
   - ☐ Not married

2. **During the last 3 years, have you lived anywhere other than where you live now?**
   - ☑ No.
   - ☐ Yes. List all of the places you lived in the last 3 years. Do not include where you live now

3. **Within the last 8 years, did you ever live with a spouse or legal equivalent in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)
   - ☐ No.
   - ☑ Yes. Make sure you fill out *Schedule H: Your Codebtors* (Official Form 106H).

### Part 2:   Explain the Sources of Your Income

4. **Did you have any income from employment or from operating a business during this year or the two previous calendar years?**
   Fill in the total amount of income you received from all jobs and all businesses, including part-time activities.
   If you are filing a joint case and you have income that you receive together, list it only once under Debtor 1.
   - ☐ No.
   - ☑ Yes. Fill in the details.

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | **Sources of income**<br>Check all that apply. | **Gross income**<br>(before deductions and exclusions) | **Sources of income**<br>Check all that apply. | **Gross income**<br>(before deductions and exclusions) |
| **From January 1 of current year until the date you filed for bankruptcy:** | ☑ Wages, commissions, bonuses, tips<br>☑ Operating a business | $  17,307.00 | ☑ Wages, commissions, bonuses, tips<br>☑ Operating a business | $  8,653.86 |
| | ☐ Wages, commissions, bonuses, tips<br>☐ Operating a business | $ | ☐ Wages, commissions, bonuses, tips<br>☐ Operating a business | $ |
| | ☐ Wages, commissions, bonuses, tips<br>☐ Operating a business | $ | ☐ Wages, commissions, bonuses, tips<br>☐ Operating a business | $ |

Copyright © Financial Software Solutions, LLC

| Debtor 1 | **Jason** | **Duane** | **Hunt** | | Case number *(if known)* | **25-10656** |
|---|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | | |

5. **Did you receive any other income during this year or the two previous calendar years?**

Include income regardless of whether that income is taxable. Examples of other income are alimony; child support; Social Security, unemployment, and other public benefit payments; pensions; rental income; interest; dividends; money collected from lawsuits; royalties; and gambling and lottery winnings. If you are filing a joint case and you have income that you received together, list it only once under Debtor 1.

List each source and the gross income from each source separately. Do not include income that you listed in line 4.

☒ No.
☐ Yes. Fill in the details.

| Debtor 1 | | Debtor 2 | |
|---|---|---|---|
| Sources of income<br>Describe below. | Gross income<br>(before deductions and exclusions) | Sources of income<br>Describe below. | Gross income<br>(before deductions and exclusions) |

---

| **Part 3:** | **List Certain Payments You Made Before You Filed for Bankruptcy** |
|---|---|

6. **Are either Debtor 1's or Debtor 2's debts primarily consumer debts?**

☒ No. **Neither Debtor 1 nor Debtor 2 has primarily consumer debts.** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $8,575* or more?

☒ No. Go to line 7.

☐ Yes. List below each creditor to whom you paid a total of $8,575* or more in one or more payments and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

* Subject to adjustment on 4/01/28 and every 3 years after that for cases filed on or after the date of adjustment.

☐ Yes. **Debtor 1 or Debtor 2 or both have primarily consumer debts.**

During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $600 or more?

☐ No. Go to line 7.

☐ Yes. List below each creditor to whom you paid a total of $600 or more and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

| | Dates of Payment | Total Amount Paid | Amount You Still Owe | Was this Payment for… |
|---|---|---|---|---|
| _____<br>Creditor's Name | _____ | $ _____ | $ _____ | ☐ Mortgage<br>☐ Car<br>☐ Credit card |
| _____<br>Number       Street | _____ | | | ☐ Loan repayment<br>☐ Suppliers or vendors |
| _____<br>City          State   ZIP Code | _____ | | | ☐ Other _____ |

---

Copyright © Financial Software Solutions, LLC        BlueStylus

| Debtor 1 | **Jason** | **Duane** | **Hunt** | Case number *(if known)* | **25-10656** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

7. **Within 1 year before you filed for bankruptcy, did you make a payment on a debt you owed anyone who was an insider?**

*Insiders* include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20% or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101. Include payments for domestic support obligations, such as child support and alimony.

☑ No.
☐ Yes. List all payments to an insider.

| | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment |
|---|---|---|---|---|
| _____<br>Insider's Name | _____ | $ _____ | $ _____ | |
| _____<br>Number        Street | _____ | | | |
| _____<br>City            State    ZIP Code | _____ | | | |

8. **Within 1 year before you filed for bankruptcy, did you make any payments or transfer any property on account of a debt that benefited an insider?**

Include payments on debts guaranteed or cosigned by an insider.

☑ No.
☐ Yes. List all payments that benefited an insider

| | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment<br>Include creditor's name |
|---|---|---|---|---|
| _____<br>Insider's Name | _____ | $ _____ | $ _____0.00 | |
| _____<br>Number        Street | _____ | | | |
| _____<br>City            State    ZIP Code | _____ | | | |

Copyright © Financial Software Solutions, LLC                                                    BlueStylus

| Debtor 1 | **Jason** | **Duane** | **Hunt** | | Case number *(if known)* | **25-10656** |
|---|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | | |

---

| Part 4: | Identify Legal Actions, Repossessions, and Foreclosures |
|---|---|

9. **Within 1 year before you filed for bankruptcy, were you a party in any lawsuit, court action, or administrative proceeding?**

List all such matters, including personal injury cases, small claims actions, divorces, collection suits, paternity actions, support or custody modifications, and contract disputes.

☐ No.
☒ Yes. Fill in the details.

| | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|
| **Balcones Asset Holdings LLC and Patmos Capital Partners, LLC v. JD Hunt Custom Homes, Inc., Jason D. Hunt and Kristin N. Hunt**<br>Case title | **Breach of Contract, Breach of Fid. Duty, Securities Act Violations, Fraud** | **201st Civil District Court, Travis County**<br>Court Name<br><br>**1700 Guadalupe, 9th Floor**<br>Number        Street<br><br>**Austin**        **TX**    **78701**<br>City              State    ZIP Code | ☒ Pending<br>☐ On appeal<br>☐ Concluded |
| Case number  **D-1-GN-25-003121** | | | |

| | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|
| **Itria Ventures, LLC vs. JD Hunt Custom Homes, Inc., JD Hunt Properties, LLC, JD Hunt Ventures, LLC, Jason Hunt, Kristin Hunt**<br>Case title | **Breach of Contract** | **201st Civil District Court, Travis County**<br>Court Name<br><br>**1700 Guadalupe, 9th Floor**<br>Number        Street<br><br>**Austin**        **TX**    **78701**<br>City              State    ZIP Code | ☐ Pending<br>☐ On appeal<br>☒ Concluded |
| Case number | | | |

---

**Statement of Financial Affairs for Individuals Filing for Bankruptcy**
Copyright © Financial Software Solutions, LLC

| Debtor 1 | **Jason** | **Duane** | **Hunt** | Case number *(if known)* | **25-10656** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

| | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|

**Zions Bancorporation N.A., dba Amegy Bank**
Case title

**D-1-GN-24-009374**
Case number

**Breach of Contract**

**459th District Court, Travis County**
Court Name

**P.O. Box 1748**
Number          Street

**Austin**          **TX**          **78767**
City          State          ZIP Code

Status of the case
☐ Pending
☐ On appeal
☑ Concluded

---

10. **Within 1 year before you filed for bankruptcy, was any of your property repossessed, foreclosed, garnished, attached, seized, or levied?**

Check all that apply and fill in the details below.

☑ No. Go to line 11.
☐ Yes. Fill in the information below.

| | Describe the Property | Date | Value of the Property |
|---|---|---|---|
| | | | $ |

Creditor's Name

Number          Street

City          State          ZIP Code

**Explain what Happened**
☐ Property was repossessed.
☐ Property was foreclosed.
☐ Property was garnished.
☐ Property was attached, seized, or levied.

---

11. **Within 90 days before you filed for bankruptcy, did any creditor, including a bank or financial institution, set off any amounts from your accounts or refuse to make a payment because you owed a debt?**

☑ No.
☐ Yes. Fill in the details.

| | Describe the action the creditor took | Date action was taken | Amount |
|---|---|---|---|
| | | | $ |

Creditor's Name

Number          Street

City          State          ZIP Code

Last 4 digits of account number: XXXX-_____

---

12. **Within 1 year before you filed for bankruptcy, was any of your property in the possession of an assignee for the benefit of creditors, a court-appointed receiver, a custodian, or another official?**

☑ No
☐ Yes

---

Copyright © Financial Software Solutions, LLC
BlueStylus

| Debtor 1 | **Jason** | **Duane** | **Hunt** | Case number *(if known)* | **25-10656** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

---

## Part 5:  List Certain Gifts and Contributions

13. **Within 2 years before you filed for bankruptcy, did you give any gifts with a total value of more than $600 per person?**

☑ No.
☐ Yes. Fill in the details for each gift.

| Gifts with a total value of more than $600 per person | Describe the gifts | Dates you gave the gifts | Value |
|---|---|---|---|
| | | | |
| Person to Whom You Gave the Gift | | | $ _____ 0.00 |
| | | | |
| Number      Street | | | $ _____ 0.00 |
| | | | |
| City                State   ZIP Code | | | |
| Person's relationship to you  _____ | | | |

14. **Within 2 years before you filed for bankruptcy, did you give any gifts or contributions with a total value of more than $600 to any charity?**

☑ No.
☐ Yes. Fill in the details for each gift or contribution.

| Gifts or contributions to charities that total more than $600 | Describe what you contributed | Date you contributed | Value |
|---|---|---|---|
| | | | |
| Charity's Name | | | $ _____ 0.00 |
| | | | |
| Number      Street | | | $ _____ 0.00 |
| | | | |
| City                State   ZIP Code | | | |

---

## Part 6:  List Certain Losses

15. **Within 1 year before you filed for bankruptcy or since you filed for bankruptcy, did you lose anything because of theft, fire, other disaster, or gambling?**

☑ No.
☐ Yes. Fill in the details.

---

Copyright © Financial Software Solutions, LLC
BlueStylus

| Debtor 1 | **Jason** | **Duane** | **Hunt** | Case number (if known) | **25-10656** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

| Describe the property you lost and how the loss occurred | Describe any insurance coverage for the loss <br><br> Include the amount that insurance has paid. List pending insurance claims on line 33 of *Schedule A/B: Property*. | Date of your loss | Value of property lost |
|---|---|---|---|
| | | _____ | $ _____ |

---

**Part 7:    List Certain Payments or Transfers**

16. **Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone you consulted about seeking bankruptcy or preparing a bankruptcy petition?**

    Include any attorneys, bankruptcy petition preparers, or credit counseling agencies for services required in your bankruptcy.

    ☐ No.
    ☑ Yes. Fill in the details.

| | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| **Kell C. Mercer, P.C.** <br> Person Who Was Paid | **Monthly payments for Legal Services ($8,760) and retainer fee $220,000.** | _____ | $ __220,000.00__ |
| **901 S. Mopac Expy. Building 1, Ste. 300** <br> Number     Street | | _____ | $ _____0.00__ |
| **Austin          TX    78746** <br> City          State   ZIP Code | | | |
| _____ <br> Email or Website Address | | | |
| _____ <br> Person Who Made the Payment, if Not You | | | |

17. **Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone who promised to help you deal with your creditors or to make payments to your creditors?**

    Do not include any payment or transfer that you listed on line 16.

    ☑ No.
    ☐ Yes. Fill in the details.

---

**Statement of Financial Affairs for Individuals Filing for Bankruptcy**

Copyright © Financial Software Solutions, LLC                                                                BlueStylus

| Debtor 1 | **Jason** | **Duane** | **Hunt** | Case number *(if known)* | **25-10656** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

| | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| Person Who Was Paid | | | $ |
| Number          Street | | | $ |
| City                    State    ZIP Code | | | |

18. **Within 2 years before you filed for bankruptcy, did you sell, trade, or otherwise transfer any property to anyone, other than property transferred in the ordinary course of your business or financial affairs?**

Include both outright transfers and transfers made as security (such as the granting of a security interest or mortgage on your property). Do not include gifts and transfers that you have already listed on this statement.

☑ No.
☐ Yes. Fill in the details.

| | Description and value of property transferred | Describe any property or payments received or debts paid in exchange | Date transfer was made |
|---|---|---|---|
| Person Who Received Transfer | | | |
| Number          Street | | | |
| City                    State    ZIP Code | | | |
| Person's relationship to you | | | |

19. **Within 10 years before you filed for bankruptcy, did you transfer any property to a self-settled trust or similar device of which you are a beneficiary?** (These are often called *asset-protection devices*.)

☑ No.
☐ Yes. Fill in the details.

| | Description and value of the property transferred | Date transfer was made |
|---|---|---|
| Name of trust | | |

**Part 8:    List Certain Financial Accounts, Instruments, Safe Deposit Boxes, and Storage Units**

20. **Within 1 year before you filed for bankruptcy, were any financial accounts or instruments held in your name, or for your benefit, closed, sold, moved, or transferred?**

Include checking, savings, money market, or other financial accounts; certificates of deposit; shares in banks, credit unions, brokerage houses, pension funds, cooperatives, associations, and other financial institutions.

Copyright © Financial Software Solutions, LLC                                                                                        BlueStylus

| Debtor 1 | **Jason** | **Duane** | **Hunt** | Case number *(if known)* | **25-10656** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

☒ No.
☐ Yes. Fill in the details.

| | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| _____ <br> Name of Financial Institution <br><br> _____ <br> Number     Street <br><br> _____ <br> City          State   ZIP Code | XXXX- _____ | ☐ Checking <br> ☐ Savings <br> ☐ Money market <br> ☐ Brokerage <br> ☐ Other _____ | _____ | $ _____ |

**21.** **Do you now have, or did you have within 1 year before you filed for bankruptcy, any safe deposit box or other depository for securities, cash, or other valuables?**

☒ No.
☐ Yes. Fill in the details.

| | Who else had access to it? | Describe the Contents | Do you still have it? |
|---|---|---|---|
| _____ <br> Name of Financial Institution <br><br> _____ <br> Number     Street <br><br> _____ <br> City          State   ZIP Code | _____ <br> Name <br><br> _____ <br> Number     Street <br><br> _____ <br> City          State   Zip Code | | ☒ No <br> ☐ Yes |

**22.** **Have you stored property in a storage unit or place other than your home within 1 year before you filed for bankruptcy?**

☐ No.
☒ Yes. Fill in the details.

| | Who else has or had access to it? | Describe the Contents | Do you still have it? |
|---|---|---|---|
| **Extra Space Storage** <br> Name of Storage Facility <br><br> **6412 Burnet Rd.** <br> Number     Street <br><br> **Austin          TX    78757** <br> City          State   ZIP Code | _____ <br> Name <br><br> _____ <br> Number     Street <br><br> _____ <br> City          State   Zip Code | **Clothes, furniture, games, bedding** | ☐ No <br> ☒ Yes |

**Part 9:**   **Identify Property You Hold or Control for Someone Else**

| Debtor 1 | **Jason** | **Duane** | **Hunt** | Case number *(if known)* | **25-10656** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

23. **Do you hold or control any property that someone else owns? Include any property you borrowed from, are storing for, or hold in trust for someone.**

☑ No.
☐ Yes. Fill in the details.

| | Where is the Property? | Describe the Property | Value |
|---|---|---|---|
| _____ | | | $ _____ |
| Owner's Name | | | |
| _____ | _____ | | |
| Number     Street | Number     Street | | |
| _____ | _____ | | |
| City     State   ZIP Code | City     State   Zip Code | | |

---

**Part 10:    Give Details About Environmental Information**

For the purpose of Part 10, the following definitions apply:

- *Environmental law* means any federal, state, or local statute or regulation concerning pollution, contamination, releases of hazardous or toxic substances, wastes, or material into the air, land, soil, surface water, groundwater, or other medium, including statutes or regulations controlling the cleanup of these substances, wastes, or material.

- *Site* means any location, facility, or property as defined under any environmental law, whether you now own, operate, or utilize it or used to own, operate, or utilize it, including disposal sites

- *Hazardous material* means anything an environmental law defines as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, contaminant, or similar term.

Report all notices, releases, and proceedings that you know about, regardless of when they occurred.

24. **Has any governmental unit notified you that you may be liable or potentially liable under or in violation of an environmental law?**

☑ No.
☐ Yes. Fill in the details.

| | Governmental Unit | Environmental law, if you know it | Date of notice |
|---|---|---|---|
| _____ | _____ | | _____ |
| Name of Site | Governmental Unit | | |
| _____ | _____ | | |
| Number     Street | Number     Street | | |
| _____ | _____ | | |
| City     State   ZIP Code | City     State   Zip Code | | |

25. **Have you notified any governmental unit of any release of hazardous material?**

☑ No.
☐ Yes. Fill in the details.

---

**Statement of Financial Affairs for Individuals Filing for Bankruptcy**
Copyright © Financial Software Solutions, LLC

| Debtor 1 | **Jason** | **Duane** | **Hunt** | Case number *(if known)* | **25-10656** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

| | Governmental Unit | Environmental law, if you know it | Date of notice |
|---|---|---|---|
| Name of Site | Governmental Unit | | |
| Number   Street | Number   Street | | |
| City      State   ZIP Code | City      State   Zip Code | | |

26. **Have you been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

☑ No.
☐ Yes. Fill in the details.

| | Court or Agency | Nature of the case | Status of the case |
|---|---|---|---|
| Case title _____ | Court Name | | ☐ Pending |
| | | | ☐ On appeal |
| Case number _____ | Number   Street | | ☐ Concluded |
| | City      State   ZIP Code | | |

---

**Part 11:    Give Details About Your Business or Connections to Any Business**

27. **Within 4 years before you filed for bankruptcy, did you own a business or have any of the following connections to any business?**

☐ A sole proprietor or self-employed in a trade, profession, or other activity, either full-time or part-time
☑ A member of a limited liability company (LLC) or limited liability partnership (LLP)
☐ A partner in a partnership
☐ An officer, director, or managing executive of a corporation
☐ An owner of at least 5% of the voting or equity securities of a corporation

☐ No. None of the above applies. Go to Part 12.
☑ Yes. Check all that apply above and fill in the details below for each business.

---

| Debtor 1 | **Jason** | **Duane** | **Hunt** | Case number *(if known)* | **25-10656** |
| | First Name | Middle Name | Last Name | | |

**JD Hunt Custom Homes, Inc.**
Name of Site

**2414 Exposition Blvd.**
Number    Street

**Austin        TX      78703**
City          State    ZIP Code

**Describe the nature of the business**

**Custom Spec Home Builder.**

**Name of accountant or bookkeeper**

**Brent Bement at Bement & Company**

**Employer Identification Number**
Do not include Social Security number or ITIN.

EIN:    **46-1595410**

**Dates business existed**

From    **11/5/2012**    To    **Present**

---

**4616 Crestway Dr., LLC**
Name of Site

**2414 Exposition Blvd., Suite D210**
Number    Street

**Austin        TX      78703**
City          State    ZIP Code

**Describe the nature of the business**

**Member of LLC.**

**Name of accountant or bookkeeper**

**Brent Bement at Bement & Company**

**Employer Identification Number**
Do not include Social Security number or ITIN.

EIN:    **99-2715391**

**Dates business existed**

From    **4/26/2024**    To    **6/16/2025**

---

**JD Hunt Property**
Name of Site

**3414 Exposition Blvd., Suite D210**
Number    Street

**Austin        TX      78703**
City          State    ZIP Code

**Describe the nature of the business**

**Name of accountant or bookkeeper**

**Brent Bement at Bement & Company**

**Employer Identification Number**
Do not include Social Security number or ITIN.

EIN:    **84-4814618**

**Dates business existed**

From    **2/21/2020**    To    **6/16/2025**

---

28.  **Within 2 years before you filed for bankruptcy, did you give a financial statement to anyone about your business?**
Include all financial institutions, creditors, or other parties.

☐  No.
☑  Yes. Fill in the details below.

| Debtor 1 | __Jason__ | __Duane__ | __Hunt__ | Case number *(if known)* | __25-10656__ |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

| | Date Issued |
|---|---|

__Amegy Bank__
Name

__4/24/2024__
MM/DD/YYYY

__10001 Reunion Place__
Number       Street

| __La Vernia__ | __TX__ | __78121__ |
|---|---|---|
| City | State | ZIP Code |

---

| Part 12: | Sign Below |
|---|---|

I have read the answers on this *Statement of Financial Affairs* and any attachments, and I declare under penalty of perjury that the answers are true and correct. I understand that making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. **18 U.S.C. §§ 152, 1341, 1519, and 3571.**

✘  /s/ Jason Duane Hunt                                ✘  /s/ Kristin Nicole Hunt
Signature of Debtor 1                                        Signature of Debtor 2

Date   06/16/2025                                              Date   06/16/2025

**Did you attach additional pages to *Your Statement of Financial Affairs for Individuals Filing for Bankruptcy* (Official Form 107)?**

☑  No.
☐  Yes.

**Did you pay or agree to pay someone who is not an attorney to help you fill out bankruptcy forms?**

☑  No.
☐  Yes. Name of person _____    Attach the *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

| Fill in this information to identify your case: | | | |
|---|---|---|---|
| Debtor 1 | **Jason** | **Duane** | **Hunt** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Kristin** | **Nicole** | **Hunt** |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **Western District of Texas**

Case number (*If known*): **25-10656**

☐ Check if this is an amended filing

## Official Form 122B

# Chapter 11 Statement of Your Current Monthly Income

12/21

You must file this form if you are an individual and are filing for bankruptcy under Chapter 11 (other than under Subchapter V). If more space is needed, attach a separate sheet to this form. Include the line number to which the additional information applies. On the top of any additional pages, write your name and case number (if known).

| Part 1: | Calculate Your Current Monthly Income |
|---|---|

1. **What is your marital and filing status?** Check one only.

   ☐ **Not married.** Fill out Column A, line 2-11.

   ☒ **Married and your spouse is filing with you.** Fill out both Columns A and B, lines 2-11.

   ☐ **Married and your spouse is NOT filing with you.** Fill out Column A, lines 2-11.

Fill in the average monthly income that you received from all sources, derived during the 6 full months before you file this bankruptcy case. 11 U.S.C. § 101(10A). For example, if you are filing on September 15, the 6-month period would be March 1 through August 31. If the amount of your monthly income varied during the 6 months, add the income for all 6 months and divide the total by 6. Fill in the result. Do not include any income amount more than once. For example, if both spouses own the same rental property, put the income from that property in one column only. If you have nothing to report for any line, write $0 in the space.

| | | | | *Column A* Debtor 1 | *Column B* Debtor 2 |
|---|---|---|---|---|---|
| 2. | **Your gross wages, salary, tips, bonuses, overtime and commissions** (before all payroll deductions). | | | $    6,250.00 | $    3,125.00 |
| 3. | **Alimony and maintenance payments.** Do not include payments from a spouse if Column B is filled in. | | | $    0.00 | $    0.00 |
| 4. | **All amounts from any source which are regularly paid for household expenses of you or your dependents, including child support.** Include regular contributions from an unmarried partner, members of your household, your dependents, parents, and roommates. Include regular contributions from a spouse only if Column B is not filled in. Do not include payments you listed on line 3. | | | $    0.00 | $    0.00 |

| 5. | **Net income from operating a business, profession, or farm** | Debtor 1 | Debtor 2 | | |
|---|---|---|---|---|---|
| | Gross receipts (before all deductions) | $    0.00 | $    0.00 | | |
| | Ordinary and necessary operating expenses | − $    0.00 | − $    0.00 | | |
| | Net monthly income from business, profession, or farm | $    0.00 | $    0.00  **Copy here ➔** | $    0.00 | $    0.00 |

Copyright © Financial Software Solutions, LLC                                                        BlueStylus

| Debtor 1 | **Jason** | **Duane** | **Hunt** | Case number *(if known)* | **25-10656** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

| | | Debtor 1 | Debtor 2 | | |
|---|---|---|---|---|---|
| 6. | **Net income from rental and other real property** | | | | |
| | Gross receipts (before all deductions) | $ 0.00 | $ 0.00 | | |
| | Ordinary and necessary operating expenses | − $ 0.00 | − $ 0.00 | | |
| | Net monthly income from rental or other real property | $ 0.00 | $ 0.00 | Copy here → $ 0.00 | $ 0.00 |
| 7. | **Interest, dividends, and royalties** | | | $ 0.00 | $ 0.00 |
| 8. | **Unemployment compensation** | | | $ 0.00 | $ 0.00 |

8. Do not enter the amount if you contend that the amount received was a benefit under the Social Security Act. Instead, list here: ......... ↓

| | | | |
|---|---|---|---|
| For you …………………………….............. | $ 0.00 | | |
| For your spouse ………………………………… | $ 0.00 | | |

9. **Pension or retirement income.** Do not include any amount received that was a benefit under the Social Security Act. Also, except as stated in the next sentence, do not include any compensation, pension, pay, annuity, or allowance paid by the United States Government in connection with a disability, combat-related injury or disability, or death of a member of the uniformed services. If you received any retired pay paid under chapter 61 of title 10, then include that pay only to the extent that it does not exceed the amount of retired pay to which you would otherwise be entitled if retired under any provision of title 10 other than chapter 61 of that title.

$ 0.00          $ 0.00

10. **Income from all other sources not listed above.** Specify the source and amount. Do not include any benefits received under the Social Security Act; payments received as a victim of a war crime, a crime against humanity, or international or domestic terrorism; or compensation, pension, pay, annuity, or allowance paid by the United States Government in connection with a disability, combat-related injury or disability, or death of a member of the uniformed services. If necessary, list other sources on a separate page and put the total below.

| | | |
|---|---|---|
| _____ | $ 0.00 | $ 0.00 |
| _____ | $ 0.00 | $ 0.00 |
| Total amounts from separate pages, if any. | + $ 0.00 | + $ 0.00 |

11. **Calculate your total current monthly income.**
Add lines 2 through 10 for each column.
Then add the total for Column A to the total for Column B.

 $ 6,250.00  +  $ 3,125.00  = $ 9,375.00

**Total current Monthly income**

---

| **Part 2:** | **Sign Below** |
|---|---|

By signing here, under penalty of perjury I declare that the information on this statement and in any attachments is true and correct.

| ✗ **/s/ Jason Duane Hunt** | ✗ **/s/ Kristin Nicole Hunt** |
|---|---|
| Signature of Debtor 1 | Signature of Debtor 2 |
| Date 06/16/2025 | Date 06/16/2025 |
| MM/DD/YYYY | MM/DD/YYYY |

Copyright © Financial Software Solutions, LLC                                    BlueStylus

# United States Bankruptcy Court

## Western District of Texas

In re    **Jason Duane Hunt**
       **Kristin Nicole Hunt**

Debtor(s)

Case No.    **25-10656**

Chapter    **11**

# VERIFICATION OF CREDITOR MATRIX

The above-named Debtor(s) hereby verify that the attached list of creditors is true and correct to the best of their knowledge.

Date:    06/16/2025

/s/ Jason Duane Hunt

**Jason Duane Hunt**
Signature of Debtor

Date:    06/16/2025

/s/ Kristin Nicole Hunt

**Kristin Nicole Hunt**
Signature of Debtor

Copyright © Financial Software Solutions, LLC

**Alpaca Funding LLC**
**266 Broadway, Suite 401**
**Brooklyn, NY 11211**


**Amegy Bank, a division of Zions Bancorporation, N.A.**
**Attn: Andrew Johnston, SVP**
**1717 West Loop South, 21th Floor**
**Houston, TX 77027**


**American Express Platinum**
**200 Vesey Street**
**New York, NY 10285**


**Anna Wascher**
**2009 Bowman Ave.**
**Austin, TX 78703**


**Balcones Asset Holdings LLC**
**2083 N. Collins Blvd. Ste. 200**
**Richardson, TX 75080**


**Barrett Daffin Frappier Turner & Engel, LLC**
**1900 St. James Place**
**Suite 500**
**Houston, TX 77056**


**C T Corporation System, as Representative**
**Attn: SPRS**
**330 N Brand Blvd., Suite 700**
**Glendale, CA 91203**


**Celtic Advance**
**8 The Green, Suite A**
**Dover, DE 19901**

Copyright © Financial Software Solutions, LLC

**Crusader Group**
**1825 65th Street**
**Brooklyn, NY 11204**


**Divvy / Bill CC Service**
**6220 America Center Drive, Suite 100**
**Alviso, CA 95002**


**First Home Bank**
**9190 Seminole Blvd.**
**Seminole, FL 33772**


**First National Bank of Sonora Texas**
**102 E Main Street**
**Sonora, TX 76950**


**First United Bank**
**1400 West Main Street**
**Durant, OK 74701**


**Five Star Bank**
**2240 Douglas Blvd., Ste. 100**
**Roseville, CA 95661**


**Flume Law Firm, LLP**
**10127 Morocco St., Suite 137**
**San Antonio, TX 78216**


**GoodLeap, LLC**
**8781 Sierra College Boulevard**
**Roseville, CA 95746**


**Itria Ventures, LLC**
**1 Penn Plaza, Suite 3101**
**New York, NY 10119**

Copyright © Financial Software Solutions, LLC

**Creditor Matrix**

**JPMorgan Chase Bank Credit Card**
**270 Park Avenue**
**New York, NY 10017**


**Loan Ranger Capital Investments REIT, LLC**
**c/o Loan Ranger Capital, LLC**
**5000 Plaza on the Lake,**
**Suite 180**
**Austin, TX 78746**


**Mastercard Credit Card**
**2000 Purchase Street**
**Purchase, NY 10577**


**McCoys**
**P.O. Box 1028**
**San Marcos, TX 78667**


**Newtek**
**4800 T-Rex Avenue, Suite 120**
**Boca Raton, FL 33431**


**Patmos Capital Partners, LLC**
**6543 Sunnyland Ln**
**Dallas, TX 75214**


**Planet Home Lending**
**P.O. Box 1001**
**Meriden, CT 06450**


**Premium Merchant Funding (PMF)**
**55 Water Street**
**New York, NY 10004**

Copyright © Financial Software Solutions, LLC

**Ramp CC Service**
**28 West 23rd Street, Floor 2**
**New York, NY 10010**


**RHO CC Service**
**100 Crosby Street**
**New York, NY 10012**


**Square Advance**
**90 E Halsey Rd.**
**Parsippany, NJ 07054**


**Terrazas PLLC**
**1001 S. Capital of Texas Hwy.**
**Bldg. L, Suite 250**
**Austin, TX 78746**


**The Home Depot - Project Credit Line**
**2455 Paces Ferry Road NW**
**Atlanta, GA 30339**


**The Huntington National Bank**
**c/o Gislason & Hunter, LLP**
**Attn: Michael Sherwood Dove**
**2700 South Broadway**
**P.O. Box 458**
**New Ulm, MN 56073-0458**


**Timeless Funding, LLC**
**5014 16th Avenue, Ste. 124**
**Brooklyn, NY 11219**


**Vault 26 Capital, LLC**
**19790 W Dixie Hwy**
**Miami, FL 33180**

Copyright © Financial Software Solutions, LLC

**VState Filings as the Representative**
**301 Mill Road**
**Hewlett, NY 11557**


**Westenfiled Development Company**
**2414 Exposition Blvd., Suite D200**
**Austin, TX 78703**


**Zions Bancorporation, NA d/b/a Amegy Ban**
**3342 Bee Cave Rd.**
**Austin, TX 78746**

Copyright © Financial Software Solutions, LLC