IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| IN RE: | § § | |
| JASON DUANE HUNT and KRISTIN NICOLE HUNT | § § § | CASE NO.25-10656-smr |
| Debtors | § § | |
| FIRST UNITED BANK ND TRUST COMPANY | § § | |
| Movant | § § | |
| vs | § § | |
| JASON DUANE HUNT and KRISTIN NICOLE HUNT | § § § | |
| Respondents | § | JUDGE SHAD ROBINSON |

## CERTIFICATE OF SERVICE

I hereby certify that on June 17, 2025, a true and correct copy of the Affidavit of First United Bank & Trust Company was served via electronic means as listed on the Court's ECF noticing system or by regular first class mail to the parties listed on the attached list.

Respectfully submitted,

BARRETT DAFFIN FRAPPIER
TURNER & ENGEL, LLP

BY: /s/ MITCHELL BUCHMAN
MITCHELL BUCHMAN
TX NO. 03290750
1900 ST. JAMES PLACE SUITE 500
HOUSTON, TX 77056
Telephone: (713) 621-8673
Facsimile: (713) 621-8583
E-mail: mitchelb@bdfgroup.com
ATTORNEY FOR MOVANT

**BY ELECTRONIC NOTICE OR REGULAR FIRST CLASS MAIL:**

**DEBTOR:**
JASON DUANE HUNT
2009 BOWMAN AVENUE
AUSTIN, TX 78703

JASON DUANE HUNT
3204 GREENLEE DR
AUSTIN, TX 78703

**DEBTOR'S ATTORNEY:**
TODD BRICE HEADDEN
HAYWARD PLLC
7600 BURNET ROAD
SUITE 530
AUSTON, TX 78757

**TRUSTEE:**
US TRUSTEE
3511 BROADWAY
SAN ANTONIO, TX 78209

SHANE P. TOBIN
OFFICE OF THE US TRUSTEE
3511 BROADWAY
SAN ANTONIO, TX 78209

PARY IN INTEREST:
PATMOS CAPITAL PARTNERS, LLC
2083 NORTH COLLINS BLVD., SUITE 200
RICHARDSON, TX 75080

Parties requesting notice:

MICHAEL FLUME
FLUME LAW FIRM, LLP
10127 MOROCCO STREET
SUITE 137
SAN ANTONIO, TX 78216

CONSTANTINE Z PAMPHILLIS
KASOWITZ BENSON TORRES, LLP
1415 LOUISIANA STREET
SUITE 2100
HOUSTON, TX 77002

MATTHEW TAPLETT  
POPE, HARDWICKE, CHRISTIE, SCHELL, KELLY & TAPLETT, LLP  
500 WEST 7TH STREET  
SUITE 600  
FORT WORTH, TX 76102  

DELIA GARZA  
TRAVIS COUNTY ATTORNEY  
P.O. BOX 1748  
AUSTIN, TX 78767  

KEVIN TERRAZAS  
TERRAZAS PLLC  
1001 S. CAPITAL OF TEXAS HWY  
BLDG I, SUITE 250  
AUSTIN, TX 78746  

SCOTT R. KIDD  
KIDD LAW FIRM  
819 W. 11TH STREET  
AUSTIN, TX 78701  

SCOTTY ARBUCKLE III  
TERRAZAS PLLC  
1001 S. CAPITAL OF TEXAS HWY  
BLDG I, SUITE 250  
AUSTIN, TX 78746  

MICHAEL P. MENTON  
SETTLE POU  
3333 LEE PARKWAY, EITGHT FLOOR  
DALLAS, TX 75219  
STEPHEN W. SATHER  
BARRON & NEWBURGER, P.C.  
7320 N. MOPAC EXPWY., SUITE 400  
AUSTIN, TX 78731  

PAUL MOAK  
REED SMITH, LP  
1221 MCKINNEY STREET  
SUITE 2100  
HOUSTON, TX 77010  

SCOTT R. KIDD  
KIDD LAW FIRM  
819 W. 11TH STREET  
AUSTIN, TX 78701

And all creditors on the attached mailing list

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0542-1<br>Case 25-10656-cgb<br>Western District of Texas<br>Austin<br>Tue Jun 17 09:27:42 CDT 2025 | U.S. BANKRUPTCY COURT<br>903 SAN JACINTO, SUITE 322<br>AUSTIN, TX 78701-2450 | Alpaca Funding LLC<br>266 Broadway, Suite 401<br>Brooklyn, NY 11211-6306 |
| Amegy Bank<br>Reed Smith LLP<br>c/o Paul Moak<br>1221 McKinney St #2100<br>Houston TX 77010-2020 | Amegy Bank a division of<br>Zions Bancorporation NA<br>Attn: Andrew Johnston, SVP<br>1717 West Loop South, 21th Floor<br>Houston, TX 77027-3049 | AmeriCredit Financial Services, Inc. dba GM<br>P O Box 183853<br>Arlington, TX 76096-3853 |
| American Express B Plat<br>200 Vesey Street<br>New York, NY 10285-0002 | American Express Cash<br>200 Vesey Street<br>New York, NY 10285-0002 | American Express National Bank<br>c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern PA 19355-0701 |
| American Express Platinum<br>200 Vesey Street<br>New York, NY 10285-0002 | Anna Wascher<br>2009 Bowman Ave.<br>Austin, TX 78703-2303 | Balcones Asset Holdings LLC<br>2083 N. Collins Blvd. Ste 200<br>Richardson, TX 75080-2662 |
| Balcones Asset Holdings LLC &<br>Patmos Capital Partners LLC<br>c/o Kevin Terrazas<br>1001 S Capital of Texas Hwy #L250<br>Austin TX 78746-6585 | Barrett Daffin Frappier Turner & Engel LLC<br>1900 St. James Place #500<br>Houston, TX 77056-4125 | BayFirst National Bank<br>c/o Matthew T Taplett<br>500 W 7th St #600<br>Fort Worth TX 76102-4751 |
| Brian Fisher, Esq.<br>Holmes Firm PC<br>14241 N Dallas Parkway, Suite 800<br>Dallas, TX 75254-2919 | Brickhouse Capital<br>8161 E. Indian Bend RD Ste 103<br>Scottsdale, AZ 85250-4828 | C T Corporation System, as Representative<br>Attn: SPRS<br>330 N Brand Blvd #700<br>Glendale, CA 91203-2336 |
| Capital One Business CC<br>1680 Capital One Drive<br>McLean, VA 22102-3407 | Celtic Advance<br>8 The Green, Suite A<br>Dover, DE 19901-3618 | Chase Auto<br>700 Kansas Lane<br>Monroe, LA 71203-4774 |
| Chase CC Business<br>270 Park Avenue<br>New York, NY 10017-2070 | Chase CC Personal<br>270 Park Avenue<br>New York, NY 10017-2070 | Core Funding Source LLC<br>8549 Wilshire Blvd Suite 852<br>Beverly Hills, CA 90211-3104 |
| Crusader Group<br>1825 65th Street<br>Brooklyn, NY 11204-3819 | Divvy / Bill CC Service<br>6220 America Center Dr #100<br>San Jose, CA 95002 | First Home Bank<br>9190 Seminole Blvd<br>Seminole, FL 33772-3148 |
| First Nattional Bank of Sonora Texas<br>102 E Main Street<br>Sonora, TX 76950-2613 | First United Bank<br>1400 West Main Street<br>Durant, OK 74701-4906 | First United Bank & Trust Company<br>c/o BDFTE LLP<br>4004 Belt Line Rd, Ste 100<br>Addison, TX 75001-4320 |

| | | |
|---|---|---|
| Five Star Bank<br>2240 Douglas Blvd Ste 100<br>Roseville, CA 95661-3874 | Five Star Bank<br>c/o Michael P. Menton<br>3333 Lee Parkway, 8th Floor<br>Dallas, TX 75219-5111 | Flume Law Firm, LLP<br>10127 Morocco St., Suite 137<br>San Antonio, TX 78216-3963 |
| GMC Auto- 2016 Dodge Ram 2500<br>200 Renaissance Center<br>Detroit, MI 48243-1300 | GMC Auto- 2021 GMC Yukon<br>200 Renaissance Center<br>Detroit, MI 48243-1300 | GMC Auto- 2021 Silverado<br>200 Renaissance Center<br>Detroit, MI 48243-1300 |
| GTown Lumber and Supply<br>c/o Stephen W Sather<br>Barron & Newburger PC<br>7320 N MoPac Expwy #400<br>Austin TX 78731-2347 | GoodLeap, LLC<br>8781 Sierra College Blvd<br>Roseville, CA 95661-5920 | HNB<br>1 South Broad Street<br>Philadelphia, PA 19107-3426 |
| Itria Ventures LLC<br>1 Penn Plaza, Suite 3101<br>New York, NY 10119-3101 | Itria Ventures LLC<br>c/o Constantine Z Pamphilis<br>1415 Louisiana St #2100<br>Houston TX 77002-7344 | JPMorgan Chase Bank Credit Card<br>270 Park Avenue<br>New York, NY 10017-2014 |
| Jennifer Moynahan<br>Winstead PC<br>600 Travis Suite 5200<br>Houston, TX 77002-3017 | John David Reed<br>Holmes Firm PC<br>14241 N Dallas Parkway, Suite 800<br>Dallas, TX 75254-2919 | Jonathan P. Hernon<br>Holmes Firm PC<br>14241 N Dallas Parkway, Suite 800<br>Dallas, TX 75254-2919 |
| Land Rover Financial<br>P.O. Box 78069<br>Phoenix, AZ 85062-8069 | Loan Ranger Capital Investments REIT, LLC<br>c/o Loan Ranger Capital, LLC<br>5000 Plaza on the Lake #180<br>Austin, TX 78746-1087 | Macquarie Equipment<br>125 West 55th Street, Level 22<br>New York, NY 10019-5369 |
| Mastercard Personal<br>2000 Purchase Street<br>Purchase, NY 10577-2509 | McCoys<br>P.O. Box 1028<br>San Marcos, TX 78667-1028 | Newtek<br>4800 T-Rex Ave #120<br>Boca Raton, FL 33431-4479 |
| OnDeck Capital<br>1400 Broadway, Fl 25<br>New York, NY 10018-5225 | Pathward Leasing<br>5501 South Broadband Lane<br>Sioux Falls, SD 57108-2253 | Patmos Capital Partners LLC<br>6534 Sunnyland Ln<br>Dallas, TX 75214-3123 |
| Planet Home Lending<br>PO Box 1001<br>Meriden, CT 06450-8010 | Premium Merchant Funding (PMF)<br>55 Water Street<br>New York, NY 10041-3203 | RHO CC Service<br>100 Crosby Street<br>New York, NY 10012-4717 |
| Ramp CC Service<br>28 West 23rd Street, Floor 2<br>New York, NY 10010-5260 | Scotty G. Arbuckle III<br>Terrazas PLLC<br>1001 S. Capital of Texas Hwy<br>L-250<br>Austin, Texas 78746-6585 | Sonora Bank<br>512 Singing Oaks<br>Bulverde, TX 78070-6509 |

| | | |
|---|---|---|
| Square Advance<br>90 E Halsey RD<br>Parsippany, NJ 07054-3713 | Steve Owens<br>Kasowitz Benson Torres LLP<br>1415 Louisiana Street, Suite 2100<br>Houston, TX 77002-7344 | TIMELESS FUNDING LLC<br>1545 Route 202 Suite 101<br>Pomona, NY 10970-2951 |
| Terrazas PLLC<br>1001 S Cap of TX Hwy Bldg L #250<br>Austin, TX 78746 | The First National Bank of Sonora, TX<br>dba Sonora Bank<br>FLUME LAW FIRM, LLP<br>10127 Morocco St #137<br>San Antonio TX 78216-3963 | The Home Depot<br>2455 Paces Ferry Road NW<br>Atlanta, GA 30339 |
| The Home Depot - Project Credit Line<br>2455 Paces Ferry Road NW<br>Atlanta, GA 30339 | The Home Depot Credit Card<br>2455 Paces Ferry Road NW<br>Atlanta, GA 30339 | The Huntington National Bank<br>c/o Gislason & Hunter, LLP<br>2700 South Broadway<br>P.O. Box 458<br>New Ulm, MN 56073-0458 |
| Timeless Funding LLC<br>5014 16th Avenue STE 124<br>Brooklyn, NY 11204-1482 | Tom Van Arsdel<br>Winstead PC<br>600 Travis Ste 5200<br>Houston, TX 77002-3017 | Travis County c/o Jason A. Starks<br>PO Box 1748<br>Austin, Texas 78767-1748 |
| Unique Funding Solutions LLC<br>1915 Hollywood Blvd Suite 200A<br>Hollywood, FL 33020-4547 | United States Trustee - AU12<br>United States Trustee<br>903 San Jacinto Blvd, Suite 230<br>Austin, TX 78701-2450 | VState Filings as the Representative<br>301 Mill Road<br>Hewlett, NY 11557-1291 |
| Vault Capital 26 LLC<br>19790 W Dixie Hwy<br>Miami, FL 33180-2277 | Waterloo Real Estate Investments Inc<br>c/o Scott R. Kidd<br>819 W 11th St<br>Austin TX 78701-2009 | Westenfiled Development Company<br>2414 Exposition Blvd #D200<br>Austin, TX 78703-2276 |
| Zions Bancoporation N.A.<br>dba Amegy Bank<br>7860 S Bingham Junction Blvd<br>UT-ZTC5 0864<br>Midvale, UT 84047 | Zions Bancorporation, NA<br>dba Amegy Bank<br>3342 Bee Cave Rd<br>Austin, TX 78746-6610 | Jason Duane Hunt<br>2009 Bowman Avenue<br>Austin, TX 78703-2303 |
| Kell C. Mercer<br>Kell C. Mercer, P.C.<br>901 S MoPac Expy, Bldg 1, Suite 300<br>Austin, TX 78746-5883 | Kristin Nicole Hunt<br>2009 Bowman Avenue<br>Austin, TX 78703-2303 | Todd Brice Headden<br>Hayward PLLC<br>7600 Burnet Road<br>Suite 530<br>Austin, TX 78757-1269 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Patmos Capital Partners LLC

End of Label Matrix
Mailable recipients    83
Bypassed recipients     1
Total                  84