

**The relief described hereinbelow is SO ORDERED.**

**Signed July 22, 2025.**

_____
**CHRISTOPHER G. BRADLEY
UNITED STATES BANKRUPTCY JUDGE**
_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| JASON DUANE HUNT and | § | |
| KRISTIN NICOLE HUNT . | § | CASE NO.25-10656-smr |
|    Debtors | § | |
| | § | |
| FIRST UNITED BANK ND TRUST COMPANY | § | |
|    Movant | § | |
| | § | |
| vs | § | |
| | § | |
| JASON DUANE HUNT and | § | |
| KRISTIN NICOLE HUNT | § | |
|    Respondents | § | JUDGE SHAD ROBINSON |

**ORDER TERMINATING AUTOMATIC STAY**

The Court has considered the Motion for Relief from the Automatic Stay Against Property filed in this bankruptcy proceeding by First United Bank and Trust Company ("Movant"), reviewed the file herein and, finding that no objections to

7

same have been filed and all required notices of sad motion have been properly served, is of the opinion that sad Motion should be granted. It is therefore:

**ORDERED** that the automatic stay is hereby terminated under 11 U.S.C. §362(d) as to Movant, to permit said creditor, its successors and/or assigns to pursue its state law remedies, including foreclosure, repossession and/or eviction with respect to the following described Property:

> LOT 17, BRENTWOOD PLACE, ACCORDING TO THE MAP OR PLAT THEREOF, RECORDED IN VOLUME 4, PAGE 164, PLAT RECORDS, TRAVIS COUNTY, TEXAS, more commonly known as 3204 Greenlee Dr., Austin, Texas 78703 (the "Property").

**IT IS FURTHER ORDERED** that Movant is permitted to enter on to the Property and take steps to secure and protect the Property.

**IT IS FURTHER ORDERED** that Fed. R. Bankr. P., Rule 4001(a)(3) is hereby waived.

###END OF ORDER###

Order prepared and submitted by:

BARRETT DAFFIN FRAPPPIER TURNER & ENGEL, LLP
/s/MITCHELL J. BUCHMAN
Mitchell J. Buchman
TX No. 03290750
1900 St. James Pl Suite 500
Houston, Texas 77056

7